**Packet A**

Case 6:23-cv-02043-RGB-RMN   Document 1-1   Filed 10/23/23   Page 2 of 8 PageID 14

(https://flvoicenews.com/)

## Redefining Mainstream Media

# Rep. Fine says alleged confrontation with antisemetic group member shows 'concerning' escalation

**FLORIDA NEWS (HTTPS://FLVOICENEWS.COM/CATEGORY/FLORIDA-NEWS/)**

By Amber Jo Cooper (https://flvoicenews.com/author/amberjo-cooper/)
Published Oct. 4, 2023, 5:09 p.m. ET | Updated Oct. 4, 2023



Florida Rep. Randy Fine, R-Brevard County, Tallahassee, Fla. (Photo/Florida House of Representatives)

COCOA BEACH, Fla. – Rep. Randy Fine, R-Melbourne, was involved in a confrontation on his way to a public speaking event Wednesday where he said he was "jumped" by an alleged member of an antisemitic group.

Fine was attending a publicly-**advertised (http://www.brevardfederatedrepublicanwomen.org/)** event hosted by the Brevard Federated Republican Women at the Space Coast Convention Center, when he had the encounter.

Fine told Florida's Voice he got out of his car and was walking in when a guy ran up to him with a camera, "got in my face," introducing himself as a member of the Goyim Defense League. Fine said the man asked him "why won't you tell the truth about the Jews?" during the incident.

Fine said the event was not a Jewish event, or about antisemitism.

"It wasn't a Jewish Republican event. It wasn't about antisemitism. This was just a routine member speaking to his late women's Republican club," Fine explained.

"I think it's an escalation, that is just concerning," Fine said.



Fine shared images of the group advertising outside of the event with signage. Many of the members were wearing masks.

"I just got jumped by a Nazi with a camera walking into a widely publicized speaking event just now. I'm fine; not sure today will go down as one of his better days," Fine said.



Law enforcement officials have **previously (https://www.volusiasheriff.gov/news/volusia-county-sheriff/video-volusia-central-florida-united-against-hate-following-recent-spike-in-white-supremacist-anti-jewish-activity.stml)** said the group is a "white supremacist neo-Nazi hate group." The group operates GoyimTV, a video platform that streams "antisemitic content," according to the Anti-Defamation League.

Fine posted a picture on the social media platform X of what appeared to be officers talking with the person he believes "jumped" him.

The Brevard County Sheriff's Office responded to the event and a case report was not available at the time of publishing, according to law enforcement.

The reporting party told police a "hate group came in and stormed a meeting" at the convention center and described the individuals as five to six men with pants, long sleeves, and masks on, according to the dispatch report. The person told police the group was setting up a large sign at the end of the property.

Fine is the only Jewish Republican elected official in the state. Florida's Voice previously **reported (https://flvoicenews.com/antisemitic-note-found-in-jewish-rep-fines-driveway-after-lawmakers-pass-hate-crime-bill/)** in April, Fine said his son found an antisemitic note in their driveway days after House lawmakers approved legislation to tackle hate crimes.

NBC News **previously reported (https://www.nbcnews.com/news/us-news/neo-nazi-groups-spew-hate-disney-world-orlando-officials-say-rcna103186)** the group is behind "anti-semitic stunts" that have made headlines over the past year.

In neighboring Volusia County, Sheriff Mike Chitwood **previously condemned (https://weartv.com/news/local/sheriff-hate-group-honored-your-hit-list-florida-jewish-volusia-county-mike-chitwood-bill-public-nuisances-litter-stalking-projecting-messages-first-amendment-randy-fine-religion-goyim-defense-league)** the group calling them "pure evil" in February following numerous incidents.

According to the sheriff's office, the group dropped explicit hate propaganda in area neighborhoods and parking lots, draped banners across International Speedway Boulevard, and projected messages onto Daytona International Speedway. The group also recently used megaphones to shout hate speech and terrorize people outside the Chabad of South Orlando.

Fine co-sponsored the state's latest antisemitism **bill (https://www.flsenate.gov/Session/Bill/2023/269/ByCategory)** in **May (https://flvoicenews.com/jewish-rep-fine-touts-antisemitism-laws-after-neo-nazis-reported-outside-disney/)** which increases penalties for intimidating or threatening someone based on religious or ethnic heritage.

"Gov. Ron DeSantis signed the harshest bill in America to hold these Nazis accountable when they cross the line from speech to conduct, so anyone who thinks he, I, or any of my **@FLGOPMajority (https://twitter.com/FLGOPMajority)** colleagues welcome these idiots are almost as dumb as they are," Fine said at the time.

## Share This Post


(https://www.facebook.com/sharer.php?u=https%3A%2F%2Fflvoicenews.com%2Frep-fine-says-confrontation-with-alleged-antisemetic-group-shows-concerning-escalation%2F)


(https://twitter.com/share?url=https%3A%2F%2Fflvoicenews.com%2Frep-fine-says-confrontation-with-alleged-antisemetic-group-shows-concerning-escalation%2F)

(https://www.linkedin.com/shareArticle?url=https%3A%2F%2Fflvoicenews.com%2Frep-fine-says-confrontation-with-alleged-antisemetic-group-shows-concerning-escalation%2F)

(mailto:?body=https%3A%2F%2Fflvoicenews.com%2Frep-fine-says-confrontation-with-alleged-antisemetic-group-shows-concerning-escalation%2F)

Florida's Voice is a patriotic news network that you can trust to deliver the truth with no hidden agenda. Founder and Editor in Chief Brendon Leslie left his job in mainstream news to practice journalism as it should be, unbiased and unbossed.

## Latest News

10/9/23, 12:09 PM
Rep. Fine says alleged confrontation with antisemetic group member shows concerning escalation
Case 6:23-cv-02043-RGB-RMN Document 1-1 Filed 10/23/23 Page 5 of 8 PageID 17



3
Article Rating

✉ Subscribe ▾
→] Login (https://flvoicenews.com/wp-login.php?redirect_to=https%3A%2F%2Fflvoicenews.com%2Frep-fine-says-confrontation-with-alleged-antisemetic-group-shows-concerning-escalation%2F)

Be the First to Comment!

B  I  U  S  ≔  ≡  ”  %

0 COMMENTS

## Join Our Network

Here at Florida's Voice, we are committed to being a reliable, trustworthy news source. While social media can be a good tool to stay connected, the best way to ensure you have access to all the news we have for you is by subscribing to Florida's Voice. You'll be the first to hear about updates and get major stories delivered directly to your inbox.

SUBSCRIBE →

**The following Patriot-owned businesses are proud supporters of Florida's Voice.**



Sign in

Search the web

≡ Discover | Following | News | Coronavirus | US News ⋯ | ☆ Personalize

 Florida Today ( Follow )

# Brevard Rep. Randy Fine says run-in with anti-Jewish extremist left him 'a little shaken'

Story by Eric Rogers, Florida Today • 4d

State Rep. Randy Fine said he had an "unsettling" encounter Tuesday with a member of an anti-Jewish extremist group outside a speaking engagement in Cocoa, warning it appeared to be an escalation of recent antisemitic incidents in the area.

Fine, who is Jewish, said the man aggressively approached him with a camera outside an unrelated meeting of the Brevard Federated Republican Women on Tuesday at the Space Coast Convention Center in Cocoa, where Fine was booked to speak.

"He runs up to me and he goes, I'm so-and-so — I don't remember his name — with the Goyim Defense League," Fine told FLORIDA TODAY. "He then proceeds to unleash a stream of invective about Jews and wanted to know why I wouldn't debate him, or whatever."

The group is identified as an antisemitic hate group by the Anti-Defamation League and the Southern Poverty Law Center. Members are suspected of being behind dozens of anti-Jewish flyers bearing the group's logo that were recently dropped in neighborhoods around Indialantic, Melbourne Beach and West Melbourne.



© 2023 Microsoft　Your Privacy Choices　Privacy & Cookies　Terms of use　Advertise　▭ Feedback　*inbox each morning.*



© 2023 Microsoft   Your Privacy Choices   Privacy & Cookies   Terms of use   Advertise   Feedback

A man wearing a shirt with the initials "GDL" (for Goyim Defense League, a reported anti-Jewish hate group) and the Nazi SS "Totemkopf" skull symbol talks to deputies Tuesday outside the Space Coast Convention Center in Cocoa.
© CONTRIBUTED BY KERRY TAKACS

Fine said the man was waving a similar flyer with antisemitic propaganda during the encounter.

"He thrust this flyer in my face and asked me, 'What part of this isn't true?'" Fine said.

Fine said a group of three or four men wearing shirts bearing Nazi symbols and the hate group's initials were still outside the convention center displaying a large sign with anti-Jewish propaganda as he left.

▶ Related video: Kosher restaurant vandalised as Jewish community fear rise in antisemitic attacks (Dailymotion)



**Previous coverage:** Cape Canaveral man linked to neo-Nazi group arrested; was part of Orlando demonstration

Pictures taken outside the conference center by attendee Kerry Takacs show at least two men wearing red t-shirts with the GDL initials and the "Totenkopf" or "death's head" skull, a symbol of the Nazi SS. One of the men was wearing what Takacs described as similar to a "hunting mask," she said, which she said spooked some event goers.

"I went up to them and said, you know, this is inappropriate," Takacs said. "They weren't necessarily nasty or anything, but they weren't leaving."

Attendees called Brevard County Sheriff's deputies, who spoke with the men, Takacs said. A sheriff's office dispatch report shows the group left peacefully shortly after deputies arrived.

Fine said there was no physical contact during the initial encounter. He had not decided whether to file a police report as of Tuesday afternoon, he said. The incident left him a "little shaken up," he said.

Police have reported a spate of antisemitic incidents across the state in recent years, mostly involving anti-Jewish demonstrations, the dropping of flyers and display of other propaganda.

A Cape Canaveral man linked to an anti-Jewish hate group was arrested last month after police said he zip-tied an antisemitic sign with Nazi symbols to an overpass over Interstate 4 in Orlando in June.

Fine called the most recent incident an "escalation" and warned the confrontations could happen again.

"Now it's, 'We're going to stalk politicians and ambush them,'" he said. "I think I got the better of them this time, but I don't think everyone is like me and they'll probably be more prepared next time."

**Investigation:** Antisemitic literature left in West Melbourne driveways overnight, prompting police probe

*Eric Rogers is a watchdog reporter for FLORIDA TODAY. Contact Rogers at 321-242-3717 or esrogers@floridatoday.com.*

*This article originally appeared on Florida Today:* Brevard Rep. Randy Fine says run-in with anti-Jewish extremist left him 'a little shaken'

© 2023 Microsoft    Your Privacy Choices    Privacy & Cookies   Terms of use   Advertise    Feedback