# Packet B

10/9/23, 12:22 PM  Rep. Randy Fine on X: "I just got jumped by a Nazi with a camera walking into a widely publicized speaking event just now. I'm fi…

Case 6:23-cv-02043-PGB-RMN   Document 1-2   Filed 10/23/23   Page 2 of 11 PageID 22





X

Home

Explore

Notifications

Messages

Lists

Bookmarks

Communities

Premium

Profile

More

Post

← Post

**Rep. Randy Fine**
@VoteRandyFine

Here's a pic of the Nazi who jumped me.

Colby Gmail
@evilsupernatZ

**Rep. Randy Fine** @VoteRandyFine · Oct 4
Clearly, he couldn't take it one on one, because as I left, four of his friends were hooting and hollering on the street corner.  I got pictures, though being the cowards they are, most were masked. twitter.com/voterandyfine/...

2:48 PM · Oct 4, 2023 · **26.8K** Views

💬 89        🔁 20        ♡ 77        🔖 5        ⬆️

Post your reply                                                          Reply

Search

**Relevant people**

**Rep. Randy Fine**
@VoteRandyFine
State Rep, Brevard C
and father of two bo
f@&$ing marketing :
Brevard Drag Queen
organizer

**What's happening**

NFL · Yesterday
**Giants at Dolphins**

Trending in United States
**National Academy of Medi**

Politics · Trending
**#IsraelPalestineWar**
498K posts

Gaming · Trending
**Mario Kart 8**

Politics · Trending
**Israel-Hamas**
2.94M posts

Show more

Terms of Service   Privacy Policy

Accessibility   Ads info   More ·

10/9/23, 12:25 PM  Florida's Voice on X: "Rep. @VoteRandyFine says he was "jumped" by a member of an antisemitic group on his way to an event …

Case 6:23-cv-02043-PGB-RMN   Document 1-2   Filed 10/23/23   Page 5 of 11 PageID 25

**X**

- Home
- Explore
- Notifications
- Messages
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

**Post**

**Colby Gmail** @evilsupernatZ

← **Post**

↻ Rep. Randy Fine reposted
**Florida's Voice** ✓
@FLVoiceNews

Rep. @VoteRandyFine says he was "jumped" by a member of an antisemitic group on his way to an event

flvoicenews.com

6:45 PM · Oct 4, 2023 · **2,622** Views

💬 22    ↻ 3    ♡ 9

Post your reply                                    Reply

**50Seth** @FiftySeth · Oct 4
desanyis hasnt said a word about the local nazis.
not a word.
💬 2    ↻ 1    ♡ 2    📊 83

**Cheryl (Emo is Gov Funded)** 🕺🏖🌊☘🗳 @CherylCWS1 · Oct 4
Boy Who Cried Wolf
Is that book banned in Florida?
💬    ↻ 1    ♡ 8    📊 101

**Bill Justice** @workinstigf · Oct 5
How do you know he was a Nazi?
💬    ↻    ♡ 2    📊 35

**Reichfrog Von Pepe** @reichfrog · Oct 5
He wasn't jumped, the GDL has the video and will release it, he is just lying as always.
💬    ↻    ♡ 1    📊 20

**Helen Herne** @HelenHerne · Oct 5
Couldn't have happened to someone more deserving 😏
💬    ↻    ♡ 1    📊 48

**Joe Boochman** 💎 @joeboochman · Oct 4
reap what you sow
💬 1    ↻    ♡ 6    📊 106

**Crafty Feminist** 🏳️‍🌈 @CraftyFeminist · Oct 4
This is the environment he, DeSantis, and you have created in this state. It was only a matter of time.
💬 1    ↻ 1    ♡ 14    📊 115

**Search**

**Relevant people**

**Florida's Voice** ✓
@FLVoiceNews
Florida's Voice is de[dicated to] honest political rep[orting] minus the mainstrea[m]

**Rep. Randy Fine**
@VoteRandyFine
State Rep, Brevard C[ounty] and father of two bo[ys] f@&$ing marketing s[ir] Brevard Drag Queen organizer

**What's happening**

NFL · Yesterday
**Giants at Dolphins**

Trending in United States
**National Academy of Medi[cine]**

Politics · Trending
**#IsraelPalestineWar**
477K posts

Gaming · Trending
**Mario Kart 8**

Technology · Trending
**iPhone 8**
52.5K posts

Show more

Terms of Service   Privacy Policy
Accessibility   Ads info   More

10/9/23, 12:26 PM                    Rep. Randy Fine on X: "Here's the Nazi's background! Already being prosecuted for one violent felony. Such losers. Mom must n…

Case 6:23-cv-02043-PGB-RMN   Document 1-2   Filed 10/23/23   Page 6 of 11 PageID 26

| | |
|---|---|
| X Search | ← **Post** |
| ⌂ Home | |
| 🔍 Explore | **Rep. Randy Fine** … |
| 🔔 Notifications | @VoteRandyFine |
| ✉ Messages | Here's the Nazi's background!   Already being prosecuted for one violent felony.   Such losers.   Mom must not have hugged him enough. |
| ☰ Lists | canarymission.org/individual/Col… |
| 🔖 Bookmarks | |
| 👥 Communities | **Rep. Randy Fine** @VoteRandyFine · Oct 4 |
| X Premium | Here's a pic of the Nazi who jumped me.  twitter.com/voterandyfine/… |
| 👤 Profile | |
| ⋯ More | |

**Relevant people**

**Rep. Randy Fine**
@VoteRandyFine
State Rep, Brevard C
and father of two bo
f@&$ing marketing s
Brevard Drag Queen
organizer

**What's happening**

NFL · Last night
**Cowboys at 49ers**

Trending in United States
**National Academy of Medi**

Politics · Trending
**#IsraelPalestineWar**
498K posts

Politics · Trending
**Israel-Hamas**
2.94M posts

Gaming · Trending
**Mario Kart 8**

Show more

Terms of Service   Privacy Policy
Accessibility   Ads info   More ·

**Post**

Colby Gmail          …
@evilsupernatZ

8:42 AM · Oct 5, 2023 from Tampa, FL · **4,720** Views

💬 34    🔁 5    ♡ 9    🔖 1    ⬆

Post your reply                                    Reply

**IanMichael** ✓ @IanMichael1326 · Oct 6    …
Sir, that's the FBI you're talking to.

💬    🔁    ♡ 2    📊 42    ⬆

**Cleft Habitus** @CleftHabitus · Oct 5    …
what did you do to provoke him though?

💬    🔁    ♡ 1    📊 55    ⬆

**Scooter McGee** @ScooterMcGee99 · Oct 5
Looks like he practiced free speech—well, it was free until DeSantis

Rep. Randy Fine on X: "Here's the Nazi's background. Already being prosecuted for one violent felony. Suggest his Mom must n…

X
Home
Explore
Notifications
Messages
Lists
Bookmarks
Communities
Premium
Profile
More

**Post**

Colby Gmail
@evilsupernatZ

criminalized it at your urging.

💬    🔁    ♥ 12    📊 116    ↥

**GOPMominCocoa** @Conserv78930736 · Oct 6
So why give him all the attention? Had you ignored him, walked by said nothing, who would have even known? And all his efforts would have been for nothing. Instead seems like you had the news there waiting for the whole thing to be captured for the press job.

💬    🔁    ♥    📊 6    ↥

**Jim Crow** @JIM_CR0W · Oct 5
What a sensitive little jew.

💬    🔁    ♥ 14    📊 102    ↥

**Tom🎃 Maybe they commit more crimes…** @ParisPunis35… · Oct 5

💬    🔁    ♥ 7    📊 136    ↥

**SuredeathHellman** @SuredeathH55331 · Oct 5
I'm a National Socialist also, I have one simple question. How do you rationalize the United States siding with Stalin, Mao, and Kim Il Sung literally setting up your most dangerous opponents?

Even General Patton realized we should have taken Germany's offer of friendship.

**Relevant people**

**Rep. Randy Fine**
@VoteRandyFine
State Rep, Brevard C
and father of two bc
f@&$ing marketing s
Brevard Drag Queen
organizer

**What's happening**

NFL · Last night
**Cowboys at 49ers**

Trending in United States
**National Academy of Medi**

Politics · Trending
**#IsraelPalestineWar**
498K posts

Politics · Trending
**Israel-Hamas**
2.94M posts

Gaming · Trending
**Mario Kart 8**

Show more

Terms of Service   Privacy Policy
Accessibility   Ads info   More ···

Case 6:23-cv-02043-PGB-RMN   Document 1-2   Filed 10/23/23   Page 8 of 11 PageID 28

| | Search | | Post |
|---|---|---|---|
| | Home | | **Rep. Randy Fine** @VoteRandyFine |
| | Explore | | "Somebody's going to get hurt if this continues, and I assure you – it won't be me," Fine concluded. |
| | Notifications | | |
| | Messages | | |
| | Lists | | |
| | Bookmarks | | |
| | Communities | | |
| | Premium | | fox35orlando.com |
| | Profile | | 7:52 PM · Oct 5, 2023 from Indialantic, FL · **1,699** Views |
| | More | | 💬 13     🔁 5     ♡ 11 |

**Relevant people**

**Rep. Randy Fine**
@VoteRandyFine
State Rep, Brevard [...]
and father of two bo[...]
f@&$ing marketing [...]
Brevard Drag Queen [...]
organizer

**What's happening**

NFL · Last night
**Cowboys at 49ers**

Trending in United States
**National Academy of Med[...]**

Politics · Trending
**Israel-Hamas**
2.95M posts

Gaming · Trending
**Mario Kart 8**

Politics · Trending
**#HamasTerrorists**
155K posts

Show more

Terms of Service   Privacy Policy
Accessibility   Ads info   More···

---

Post your reply                                       Reply

**Colby Gmail**
@evilsupernatZ

Post

**Mary** ✕ ✓ @TheCrownUp · Oct 6
This chilling incident is a stark reminder of the dangers posed by neo-Nazism, and the lengths to which these groups are willing to go to silence their opponents. But the politician's resolve to continue speaking out against hate is an inspiration to us all.

We must not allow...
Show more

💬 1       🔁       ♡       📊 68       ⬆

Show replies

**Scottie BigBalls** @ScottieBigBalls · Oct 5
Doubt. Talk is cheap jew

💬       🔁       ♥ 6       📊 80       ⬆

**GOPMominCocoa** @Conserv78930736 · Oct 6
Why is it ok for you to advocate for hurting and shooting citizens because you don't agree with their speech?

💬       🔁       ♥ 1       📊 12       ⬆

**Shelley Rodden** @coolmom1239 · Oct 5
Could you have had them trespassed?

💬       🔁       ♡       📊 95       ⬆

**conifer** @conofertrad · Oct 6
Is this similar to how you treat the LGBT community?

💬       🔁       ♡ 3       📊 52       ⬆

**Orwell on his iPhone** @thegistofitis · Oct 5
No one cares, Randy.
Literally no one.
Nazis? They wore Hugo Boss and many would be considered LGBTQ nowadays
Himmler, Rommel abs Goring all most likely

10/9/23, 12:18 PM Rep. Randy Fine on X: "The Nazis have released a two second clip from my ambush earlier this week, thinking it makes them lo…

Case 6:23-cv-02043-PGB-RMN   Document 1-2   Filed 10/23/23   Page 9 of 11 PageID 29

X

- Home
- Search Search
- Explore
- Notifications
- Messages
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

Post

← Post

**Rep. Randy Fine**
@VoteRandyFine

The Nazis have released a two second clip from my ambush earlier this week, thinking it makes them look good. I don't think I've ever sounded more eloquent.

0:00

6:00 PM · Oct 6, 2023 from Indialantic, FL · **8,229** Views

💬 25    🔁 7    ♡ 22    🔖    ⬆️

Post your reply                                       Reply

**Michelle Salzman** ✓ @michellesalzman · Oct 6
Dude, I'll handle your light weight… 💪
💬 1    🔁    ♡ 4    📊 515    ⬆️

**Rep. Randy Fine** @VoteRandyFine · Oct 6
I'd put you with the heavy weight! Love you, Chair!
💬 1    🔁    ♡ 3    📊 332    ⬆️

Show replies

**Brendon Leslie** ✓ @BrendonLeslie · Oct 6
👀
💬    🔁    ♡ 2    📊 361    ⬆️

**DeSantis Appreciation Society** @KickboxerEsq · Oct 6
Badass Randy Fine
💬 2    🔁    ♡ 2    📊 307    ⬆️

**Joseph Welch VI** @McgloopHoop · Oct 6
I handle him before breakfast.
💬    🔁    ♡    📊 269    ⬆️

**William Whitehead** @Judicial_Notes · Oct 7
Anti-White Jew
💬    🔁    ♡ 6    📊 60    ⬆️

**Suzie Q Sunshine** @suzieQJacobs · Oct 6
As the saying goes, sometimes you gotta fight fire with fire..
💬 2    🔁    ♡ 2    📊 251    ⬆️

**Richie Newport** @richienewport1 · Oct 7

**Relevant people**

**Rep. Randy Fine**
@VoteRandyFine
State Rep, Brevard C
and father of two bc
f@&$ing marketing :
Brevard Drag Queen
organizer

**What's happening**

NFL · Yesterday
**Giants at Dolphins**

Politics · Trending
**#IsraelPalestineWar**
494K posts

Trending in United States
**Lebanon**
176K posts

Politics · Trending
**Gaza**
3.67M posts

Gaming · Trending
**Mario Kart 8**

Show more

Terms of Service   Privacy Policy
Accessibility   Ads info   More ···

**Colby Gmail**
@evilsupernatZ

10/9/23, 12:19 PM    Esther Bower on X: "Nazi demonstrators crashed a Women's Republican Event at the Space Coast Convention Center. Before th…

Case 6:23-cv-02043-PGB-RMN   Document 1-2   Filed 10/23/23   Page 10 of 11 PageID 30

# Post

**Rep. Randy Fine reposted**

**Esther Bower**
@estherbower_tv

Nazi demonstrators crashed a Women's Republican Event at the Space Coast Convention Center. Before that, they stalked + harassed Rep. Randy Fine - the keynote speaker. @fox35orlando is looking into what happened + new legislation you could see from the state rep. because of this

2:38 PM · Oct 5, 2023 from Cocoa, FL · **1,015** Views

7    4    3    1

Post your reply

**Colby Gmail** @evilsupernatZ · Oct 5
@estherbower_tv I want to get an interview with you and explain my side of the story. I am a deeply concerned White civil rights advocate!

24

**Colby Gmail** @evilsupernatZ · Oct 5
I would like to sit down with you for an interview I am actually trying to get a debate with @VoteRandyFine and his allegations are completely false. Live footage of the encounter will be released Monday, Oct 9th, 9PM by Handsome Truth exclusively at goyimtv.com

26

**Kathryn Smith** ✓ @Whippetartist · Oct 5
Suspect those are paid Dem activist attempting to disrupt Republican women's event, Dem activists paid to stalk, harass, cause chaos blocking Republican's Right to Assemble. Do search of "The Enabling Act" used WWII Germany to blocks rights.

39

**robdoz45** @robdoz45 · Oct 5
Jews are a bunch of rats who hate freedom of speech

21

**Jill** @blukesmom · Oct 5
Thank you Ron and Don

23

### Relevant people

**Esther Bower**
@estherbower_tv
Servant of Jesus. St… 🙏📽️👧 —@fox35… — Love (spicy) Food Fostering Hope & Jo DM me story ideas!

**FOX 35 Orlando** ✓
@fox35orlando
Official FOX 35 Orla account for breakin politics, sports and

### What's happening

NFL · Yesterday
**Giants at Dolphins**

Trending in United States
**National Academy of Medi**

Politics · Trending
**#IsraelPalestineWar**
494K posts

Gaming · Trending
**Mario Kart 8**

Trending in United States
**$PLTR**
1,476 posts

Show more

Terms of Service   Privacy Policy
Accessibility   Ads info   More…

10/9/23, 12:20 PM                Ron Filipkowski on X: "Ron Desantis's most repulsive right-wing ally in the legislature, Florida's only Jewish elected Republican …

Case 6:23-cv-02043-PGB-RMN   Document 1-2   Filed 10/23/23   Page 11 of 11 PageID 31

X

- Home
- Explore
- Notifications
- Messages
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

**Post**

← Post                                                    Q Search

**Ron Filipkowski** ✓
@RonFilipkowski

Ron Desantis's most repulsive right-wing ally in the legislature, Florida's only Jewish elected Republican Randy Fine, says he was "jumped" today by antisemitic white nationalists in his district.

meidastouch.com

7:31 PM · Oct 4, 2023 · **215.4K** Views

💬 266       🔁 478       ♡ 1,604       🔖 19       ⬆

Post your reply                                            Reply

**StopAntisemitism** ✓ @StopAntisemites · Oct 5
Meet Colby "Ace" Alexander Frank, a member of the white supremacist group 'Goyim Defense League' or GDL.

He was recently arrested (resisted arrest) and chose to confront Randy Fine for introducing HB269 legislation in Florida which criminalizes antisemitic (and other minority)…
Show more

**Colby Gmail**
@evilsupernatZ

💬 11       🔁 15       ♡ 53       📊 6,830       ⬆

**Kathryn Smith** ✓ @Whippetartist · Oct 5

**Relevant people**

**Ron Filipkowski** ✓
@RonFilipkowski
Editor-in Chief Meid
host Uncovered, Att
Former Federal and
Republican Party In:
Escapee

**What's happening**

NFL · Yesterday
**Giants at Dolphins**

Trending in United States
**National Academy of Medi**

Politics · Trending
**#IsraelPalestineWar**
494K posts

Politics · Trending
**#Israel_under_attack**
189K posts

Technology · Trending
**iPhone 8**
51.6K posts

Show more

Terms of Service   Privacy Policy
Accessibility   Ads info   More ⋯