# Attachment C

