# Packet D

2:48

Search

Posts    About    Videos    More



**State Representative Randy Fine**
Apr 22

My 11 year-old son found this on our driveway in a bag with rocks this morning. (I've edited out the group that sent to not give them pub). The website is owned by Adam Donaldson of Jacksonville. Feel free to call him to let him know what you think of his flyer at 8594215855.

He won't be able to do this much longer. Once HB 269 is signed by Governor DeSantis, he will get five years in prison to consider the downside of trespassing and littering hate speech.
#NazisGoingToJail



2:51

← Search

**Posts**   About   Videos   More ▼



**State Representative Randy Fine** ✓
Feb 28

Nazis are not welcome in Florida. Period.

I was honored to join Volusia County Sheriff Chitwood yesterday for an extraordinary press conference calling these people what they are — scumbags — and committing to pass HB 269 which will put them where they belong — in prison.

My remarks begin at minute 10.



youtube.com
VSO News Conference: Rallying Against Hate 2/27/23

👍❤ 122     127 comments • 14 shares



**State Representative Randy Fine**
Mar 15

"Nazis are not welcome in Florida," Rep. Randy Fine, the state's only Jewish Republican legislator, told @DionJPierre. "The behavior they're using to terrorize, intimidate, and assault Jewish Floridians is going to come to an end."



algemeiner.com
'Nazis Are Not Welcome in Florida': State Bill on Antisemitic Crimes Would Give Five Year Prison ...

51    43 comments • 4 shares

Like    Comment    Share



**State Representative Randy Fine**
Mar 15



**State Representative Randy Fine** ✓
Oct 5 ·

Yesterday, while entering the Space Coast Convention Center in Cocoa, I was ambushed and jumped by a literal Nazi. He and his friends had been tracking my schedule, learned I was speaking to a Republican Club, and literally jumped out of the bushes as I tried to enter the facility. Fortunately (or more accurately unfortunately), this wasn't my first rodeo with Jew haters, and I'm pleased to share it didn't turn out how he hoped. That said, this represents an escalation in the threat these Nazis present and I'll be considering next steps. One idea? Make it legal to punch a Nazi.

👍😮😢 64                         62 comments · 2 shares

👍 Like          💬 Comment          ↗ Share



**State Representative Randy Fine** ✓
Oct 4 ·

#ItsGoingToBeFine

