Kolby A. Frank
PO Box 13264
Ft. Pierce, Florida
34979



U.S. Di[strict Court]
Middle [District of Florida]
401 We[st Central Blvd.]
Orland[o, Florida]
32801

Retail

UNITED STATES POSTAL SERVICE

32801

RDC 03

U.S. POSTAGE PAID
PM
PORT SAINT LUCIE, FL 34986
OCT 19, 2023

$17.45

R2304M116151-22

ENVELOPE TO THE RIGHT
S, FOLD AT DOTTED LINE

ED MAIL®

0696 3247 77

ict Court
istrict of Florida
Central Blvd
Florida

ReadyPost

Visit for Shipping Supplies


UNITED STATES POSTAL SERVICE