Kolby A. Frank
PO Box 13264
Ft. Pierce, Florida
34979



9589 0710 5

U.S. Di
Middle
401 We
Orland
32801





Retail

32801

RDC 03

U.S. POSTAGE PAID
PM
PORT SAINT LUCIE, FL 34986
OCT 19, 2023
$17.45
R2304M116151-22

0696 3247 77

ict Court
istrict of Florida
Central Blvd
Florida

ReadyPost.

