UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**COLBY ALEXANDER FRANK,**

   **Plaintiff,**

v.          Case No: 6:23-cv-2043-PGB-RMN

**RANDY FINE, KERRY TAKACS and UNKNOWN 911 CALLER,**

   **Defendants.**

## ORDER OF REFERENCE

  This case is hereby referred to the Magistrate Judge for case management, ruling on all non-dispositive motions, and the issuance of Report and Recommendations on dispositive motions.

  **DONE and ORDERED** in Orlando, Florida on this 24th day of October 2023.

              PAUL G. BYRON
              UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

1