UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

COLBY ALEXANDER FRANK,

      **Plaintiff,**

v.                                Case No: 6:23-cv-2043-PGB-RMN

RANDY FINE, KERRY TAKACS
and UNKNOWN 911 CALLER,

      **Defendants.**
_____/

### ORDER TO SHOW CAUSE

    This case is before the Court upon periodic review. Plaintiff has failed to comply with the Court's Order of October 24, 2023 directing counsel to file a Notice of Pendency of Other Actions and a Certificate of Interested Persons.

    Therefore, it is **ORDERED** that Plaintiff shall **SHOW CAUSE** and file a response to said Order within **fourteen (14)** days from the date of this Order. Failure to comply with this Order may result in dismissal of the case without further notice or other appropriate sanctions.

    **DONE AND ORDERED** in Orlando, Florida on November 16, 2023.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties