# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**COLBY ALEXANDER FRANK,**

      **Plaintiff,**

**v.**                             **Case No: 6:23-cv-2043-PGB-RMN**

**RANDY FINE, KERRY TAKACS**
**and UNKNOWN 911 CALLER,**

      **Defendants.**

_____/

## ORDER

This cause comes before the Court on Plaintiff's Motion to Proceed *In Forma Pauperis*. (Doc. 2 (the "**Motion**")). Magistrate Judge Leslie Hoffman Price submitted a Report and Recommendation (Doc. 5 (the "**Report**")) recommending that the Court deny the Motion, dismiss the Complaint, and grant the Plaintiff leave to file an amended complaint. Neither party has filed an objection, and the time to do so has now passed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 5) filed October 24, 2023, is **ADOPTED** and **CONFIRMED** and made a part of this Order;

2. The Motion (Doc. 2) is **DENIED WITHOUT PREJUDICE**;

3.    The Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**;

4.    Plaintiff shall file an amended complaint in compliance with this Order and all applicable rules and law on or before December 4, 2023; and

5.    Failure to timely comply with this Order and file an amended complaint will result in the dismissal of this action without further notice.

**DONE AND ORDERED** in Orlando, Florida on November 20, 2023.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties