# Attachment A1



**UNITED STATES POSTAL SERVICE.**

FORT PIERCE
5000 W MIDWAY RD
FORT PIERCE, FL 34981-9998
(800)275-8777

11/02/2023                                12:13 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Large Envelope Palm Bay, FL 32905 Weight: 0 lb 10.50 oz Estimated Delivery Date Mon 11/06/2023 | 1 | | $3.75 |
| Certified Mail® Tracking #: 70221670000166191575 | | | $4.35 |
| Return Receipt Tracking #: 9590 9402 7884 2234 1900 22 | | | $3.55 |
| | | | $11.65 |



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Palm Bay, FL 32905   OFFICIAL USE

| Certified Mail Fee | $4.35 | | 0270 7 |
|---|---|---|---|
| Extra Services & Fees (check box, add fee as appropriate) | $3.55 | | |
| ☐ Return Receipt (hardcopy) | $1.00 | | |
| ☐ Return Receipt (electronic) | $0.00 | NOV -2 2023 Postmark Here | |
| ☐ Certified Mail Restricted Delivery | $0.00 | | |
| ☐ Adult Signature Required | $0.00 | | |
| ☐ Adult Signature Restricted Delivery | $0.00 | | |
| Postage | $3.75 | | |
| Total Postage and Fees | $11.65 | | 11/02/2023 |

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7022 1670 0001 6619 1575





# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70221670000166191575

Copy     Schedule a Redelivery (https://tools.usps.com/redelivery.htm)

## Latest Update

This is a reminder to arrange for redelivery of your item before December 4, 2023 or your item will be returned on December 5, 2023. You may arrange redelivery by using the Schedule a Redelivery feature on this page or may pick up the item at the Post Office indicated on the notice.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

**Delivery Attempt: Action Needed**
Reminder to Schedule Redelivery of your item before December 4, 2023
November 25, 2023

**Redelivery Scheduled for Next Business Day**
PALM BAY, FL 32905
November 6, 2023, 12:58 pm

**Redelivery Scheduled for Next Business Day**
PALM BAY, FL 32905
November 4, 2023, 12:18 pm

**Out for Delivery**
PALM BAY, FL 32905
November 4, 2023, 7:42 am

**Arrived at Post Office**
PALM BAY, FL 32905
November 4, 2023, 7:31 am

**Arrived at USPS Facility**

PALM BAY, FL 32905
November 4, 2023, 7:04 am

**Departed USPS Regional Facility**

SEMINOLE-ORLANDO FL DISTRIBUTION CENTER
November 4, 2023, 1:17 am

**Arrived at USPS Regional Facility**

SEMINOLE-ORLANDO FL DISTRIBUTION CENTER
November 3, 2023, 4:32 am

**Departed USPS Regional Facility**

WEST PALM BEACH FL DISTRIBUTION CENTER
November 3, 2023, 12:37 am

**Arrived at USPS Regional Origin Facility**

WEST PALM BEACH FL DISTRIBUTION CENTER
November 2, 2023, 11:22 pm

**Departed Post Office**

FORT PIERCE, FL 34981
November 2, 2023, 6:16 pm

**USPS in possession of item**

FORT PIERCE, FL 34981
November 2, 2023, 12:10 pm

Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                                          ⌄

Schedule Redelivery                                                           ⌄

USPS Tracking Plus®                                                           ⌄

Product Information                                                           ⌄

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**



To:   Office of Randy Fine
      State of Florida
      Randy-Fine: Trustee of the Social Security Cestui que Trust
      COLBY ALEXANDER FRANK and d/b/a RANDY FINE Florida State Representative, a taxpayer[4]
      Office of Randy Fine
      State of Florida
      Suite 5
      2539 Palm Bay Road Northeast
      Palm Bay, FL 32905-3534

From: Colby-Alexander: Family of Frank, beneficiary, Trustor, and Secured-party to the Social Security Cestui que Trust account COLBY ALEXANDER FRANK
      Without prejudice
      Po Box 13264
      Fort Pierce, Fl
      [34979]
      941-275-5712

**COMPLETION OF SERVICE BY JON EUGENE MINADEO II:**

Re:   **FEDERAL SLANDER AND CIVIL RIGHTS LAWSUIT:**
      **the facts of the Conditional Agreement herein attached and prepared and served in accordance to proper service process: <u>are conditionally accepted by me with the following conditions</u>**:

I officially offer a conditional acceptance. In accordance with the proper service process.

Be it known the conditional acceptance of my offer through a service processor to yourself directly or an authorized agent thereof establishes common law contract between us under the general principle acceptance communicated to the offeror of the postal rule[5] Which states:

The **postal rule**[5] also known as the "**mailbox rule**" or "**deposited acceptance rule**") is a term of <u>common law contract</u> which determines the timing of acceptance of an offer when mail is contemplated **"as the medium of acceptance"** the general principle is that a contract is formed when an acceptance is actually communicated to the offeror. The mailbox rule is an exception to the general principle. The **"mail box rule"** provides that the contract is formed when a properly pre-paid and properly addressed letter of acceptance is posted. One rationale given for the rule is that the offeror nominates the post office as applied agent and thus the receipt of acceptance by the post office is regarded as that of the offeree. The main effect of the **"mail box rule"** is that the risk of acceptance being delivered late or lost in the post is placed on upon the offeror. If the offeror is reluctant in accepting this risk, he can always require actual receipt before being legally bound by law.

**CONDITIONAL ACCEPTANCE of engagement in this federal lawsuit:**
**Federal lawsuit attached herein provided and served with evidence attachments to**:
Randy-Fine: d/b/a Trustee of the Social Security Cestui que Trust
COLBY ALEXANDER FRANK and d/b/a RANDY FINE Florida State Representative, a taxpayer[4]
Office of Randy Fine
State of Florida



Suite 5
2539 Palm Bay Road Northeast
Palm Bay, FL 32905-3534

## Conditional Acceptance of Your Offer

### Conditions:

As Trustor Settlor to the Trust COLBY ALEXANDER FRANK, I offer you the attached federal lawsuit with evidence provided.

You have 30 days from the date herein to provide a response to myself and the court.

If on the other hand you do not respond in the time allotted, 30 days from the date herein to myself the man and the clerk of the court, and no written request for an extension of time providing you an additional 30 days is received by either myself or the court you hereby contract to the following.

A motion for summary judgment will be filed for the full amount demanded within the lawsuit and a writ of quo warranto will be requested against you.

Be it known the service process acceptance of my offer establishes common law contract. Between us under the postal rule Which states:

The **postal rule** also known as the "**mailbox rule**" or "**deposited acceptance rule**") is a term of common law contract which determines the timing of acceptance of an offer when mail is contemplated **"as the medium of acceptance"** the general principle is that a contract is formed when an acceptance is actually communicated to the offeror. The mailbox rule is an exception to the general principle. The **"mail box rule"** provides that the contract is formed when a properly pre-paid and properly addressed letter of acceptance is posted. One rationale given for the rule is that the offeror nominates the post office as applied agent and thus the receipt of acceptance by the post office is regarded as that of the offeree. The main effect of the **"mail box rule"** is that the risk of acceptance being delivered late or lost in the post is placed on upon the offeror. If the offeror is reluctant in accepting this risk, he can always require actual receipt before being legally bound by law.

**A wet signed copy of the "Frank v. Fine" is attached.**

**With Honorable Intent,**

*[signature]*

UCC 1-308 W/O Prejudice

Authorized Representative

---

Footnote 1: TRUSTOR. One who creates a trust. Also called settlor. Ulmer v. Fulton, 129 Ohio St. 323, 195N.E. 557, 564, 97 A.L.R. 1170.
Footnote 2: BENEFICIARY. One for whose benefit a trust is created; a Cestui que Trust[6]. 195 N.E. 557, 564, 97A.L.R. 1170. A person having the enjoyment of property of which a trustee, executor, etc., has the legal possession. The person to whom a policy of insurance is payable. Parrott Estate Co. v. McLaughlin. D.C. Cal., 12 F. Supp. 23, 25; Odom v. Prudential Ins. Co. of America, 173 Or. 435, 145P.2d 480, 482. One receiving benefit or advantage, or one who is in receipt of benefits, profits, or advantage. Bauer v. Myers, C.C.A. Kan., 244 F. 902,908. For "Favored Beneficiary," see that title.
Footnote 3: TRUSTEE. The person appointed, or required by law, to execute a trust; one in whom an estate, interest, or power is vested, under an express or implied agreement to administer or exercise It for the benefit or to the use of another called the Cestui que Trust[6]. Pioneer Mining Co. v. Ty-berg, C.C.A. Alaska, 215 F. 501, 506, L.R.A.1915B,442; Kaehn v. St. Paul Co-op. Ass'n, 156 Minn. 113,194 N.W. 112; Catlett v. Hawthorne, 157 Va. 372,161 S.E. 47, 48. Person who holds title to res and administers it for others' benefit. Reinecke v. Smith, Ill., 53 S.Ct. 570,

289 U.S. 172, 77 L. Ed. 1109.In a strict sense, a "trustee" is one'who holds the legal title to property for the benefit of another, while, in abroad sense, the term is sometimes applied to anyone standing In a fiduciary or confidential relation to another, such as agent, attorney, bailee, etc. State ex rel. Lee v. Sartorius, 344 Mo. 912, 130 S.W.2d 547, 549, 550."Trustee" is also used in a wide and perhaps inaccurate sense, to denote that a person has the duty of carrying out a transaction, in which he and another person are interest-ed, in such manner as will be most for the benefit of the latter, and not in such a way that he himself might be tempted, for the sake of his personal advantage, to neglect the interests of the other. In this sense, directors of companies are said to be "trustees for the shareholders." Sweet. Trustees is plural for Trustee. Trustee's can imply "Trustee is".
defines "

**Footnote 4**: TAXPAYER.  Section 7701(a)(14) defines "taxpayer" as "**any person" subject to any internal revenue tax**, and section 7701(a)(1) person" to include an individual, trust, estate, partnership, or corporation.

**Footnote 5**:  The **postal rule** also known as the "**mailbox rule**" or "**deposited acceptance rule**") is a term of common law contract which determines the timing of acceptance of an offer when mail is contemplated **"as the medium of acceptance"** the general principle is that a contract is formed when an acceptance is actually communicated to the offeror. The mailbox rule is an exception to the general principle. The **"mail box rule"** provides that the contract is formed when a properly pre-paid and properly addressed letter of acceptance is posted. One rationale given for the rule is that the offeror nominates the post office as applied agent and thus the receipt of acceptance by the post office is regarded as that of the offeree. The main effect of the **"mail box rule"** is that the risk of acceptance being delivered late or lost in the post is placed on upon the offeror. If the offeror is reluctant in accepting this risk he can always require actual receipt before being legally bound by law.

Footnote 6:   Cestui que Trust[6]. The person for whose benefit a trust is created or who is to enjoy the income or the avails of it.

**Footnote 6:**CESTUI QUE TRUST, A barbarous phrase, to signify the beneficiary of an estate held in trust. He for whose benefit another person is enfeoffed or seised of land or tenements, or is possessed of personal property. The cestui que trust is entitled to receive the rents and profits of the land; he may direct such conveyances, consistent with the trust, deed or will, as he shall choose, and the trustee (q.v.) is bound to execute them; he may defend his title in the name of the trustee. 1 Cruise, Dig. tit. 12, c. 4, s. 4; vide Vin. Ab. Trust, U, W, X, and Y 1 Vern. 14; Dane's Ab. Index, h.t.: 1 Story, Eq. Jur. Sec. 321, note 1; Bouv. Inst. Index, h.t. "Cestui que Trust[6]." *Merriam-Webster.com Legal Dictionary*, Merriam-Webster, https://www.merriam-webster.com/legal/cestui%20que%20trust. Accessed 3 Oct. 2022.

" (E)very taxpayer is a Cestui que Trust having sufficient interest in preventing abuse of the Trust to be recognized in the field   of this court's prerogative jurisdiction as a realtor in the proceedings to set sovereign authority in motion by action____."  In re Bolens 135, N.W. Rep. 164 (1912) Supreme Court of Wisconsin

" A Public official is a fiduciary toward the public, including in the case of a judge, the litigants that appear before him and if he deliberately conceals material information from them he is guilty of fraud "  United States v. Holzer 816 F.2d 304, 307(1987) Public officers are the "Trustees(s) and servant(s) of the people." Georgia Department of Human Resources v. Sistrunk 291 S.E. 2d 524, 536(1982) "Public Office" is a public trust or agency for the benefit of the people to be *administered under legislative control in the interest of the people* State ex rel Nagle v. Sullivan 45 F.2d 993, 997, Supreme Court of Montana(1935).