# United States District Court
# Middle District of Florida
# Orlando Division

Case No.
6:23-cv-2043-PGB-RMN

Frank v. Fine

## **Motion to Compel Defendant to Respond**

Plaintiff sent his written response to the initial report and recommendation by the Magistrate via certified U.S. Mail and it was not placed on the record. Plaintiff initially requested an additional 60 days due to outside consequences of Defendant Fine's conspiring (friends in jail for literature distribution). Unless an error was made on the U.S Mail green card; Plaintiff generally uses certified mail return receipt requested. Plaintiff has shown three critical components towards this lawsuit. Plaintiff has a sworn affidavit of criminal complaint, evidence, and now cause showing damages. Plaintiff has also served Defendant Fine a complete copy of the original complaint with evidence packets and an offer to contract demanding a response from Defendant Fine within 30 days or a written request for an additional 30 days. **(Attachment A1.)**

Plaintiff has not received any written response from Defendant and has not seen any response placed upon the record from Defendant. Plaintiff now demands that this lawsuit be heard without dismissal or any further orders until a response is placed upon the record by Defendant. It is not this court's duty to shield Defendant Fine from his unlawful behavior. In fact, a Federal Oath of Office reads "I, ___ ___, do solemnly swear (or affirm) that I will administer justice without respect to

persons, **_and do equal right to the poor and to the rich_**, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as ___ under the Constitution and laws of the United States. So help me God." (28 U.S. Code § 453 - Oaths of justices and judges).

The complaint, evidence, and cause show more than enough grounds to initiate this requested order demanding Defendant's response. It should not matter the formatting of the complaint when all required components of a lawsuit are present. Even an affidavit of criminal complaint filed on orange paper written in yellow crayon if sworn under oath is still a criminal complaint and if unrebutted must still stand as fact.

Plaintiff demands an order for response from Defendant.