# Attachment A1



To:    Office of Randy Fine
State of Florida
Randy-Fine: Trustee of the Social Security Cestui que Trust
COLBY ALEXANDER FRANK and d/b/a RANDY FINE Florida State Representative, a taxpayer[4]
Office of Randy Fine
State of Florida
Suite 5
2539 Palm Bay Road Northeast
Palm Bay, FL 32905-3534

From:  Colby-Alexander: Family of Frank, beneficiary, Trustor, and Secured-party to the Social Security Cestui que Trust account COLBY ALEXANDER FRANK
Without prejudice
Po Box 13264
Fort Pierce, Fl
[34979]
941-275-5712

**COMPLETION OF SERVICE BY** ~~JON EUGENE MINADEO~~ **II:** *[handwritten: Post Office → Jailed by PBCSO]*

Re:    **FEDERAL SLANDER AND CIVIL RIGHTS LAWSUIT:**
**the facts of the Conditional Agreement herein attached and prepared and served in accordance to proper service process: <u>are conditionally accepted by me with the following conditions</u>**:

I officially offer a conditional acceptance. In accordance with the proper service process.

Be it known the conditional acceptance of my offer through a service processor to yourself directly or an authorized agent thereof establishes common law contract between us under the general principle acceptance communicated to the offeror of the postal rule[5] Which states:

<small>The **postal rule**[5] also known as the "**mailbox rule**" or "**deposited acceptance rule**") is a term of <u>common law contract</u> which determines the timing of acceptance of an offer when mail is contemplated **"as the medium of acceptance"** the general principle is that a contract is formed when an acceptance is actually communicated to the offeror. The mailbox rule is an exception to the general principle. The **"mail box rule"** provides that the contract is formed when a properly pre-paid and properly addressed letter of acceptance is posted. One rationale given for the rule is that the offeror nominates the post office as applied agent and thus the receipt of acceptance by the post office is regarded as that of the offeree. The main effect of the **"mail box rule"** is that the risk of acceptance being delivered late or lost in the post is placed on upon the offeror. If the offeror is reluctant in accepting this risk, he can always require actual receipt before being legally bound by law.</small>

**CONDITIONAL ACCEPTANCE of engagement in this federal lawsuit:**
**Federal lawsuit attached herein provided and served with evidence attachments to**:
Randy-Fine: d/b/a Trustee of the Social Security Cestui que Trust
COLBY ALEXANDER FRANK and d/b/a RANDY FINE Florida State Representative, a taxpayer[4]
Office of Randy Fine
State of Florida

Suite 5
2539 Palm Bay Road Northeast
Palm Bay, FL 32905-3534



## Conditional Acceptance of Your Offer

### Conditions:

As Trustor Settlor to the Trust COLBY ALEXANDER FRANK, I offer you the attached federal lawsuit with evidence provided.

You have 30 days from the date herein to provide a response to myself and the court.

If on the other hand you do not respond in the time allotted, 30 days from the date herein to myself the man and the clerk of the court, and no written request for an extension of time providing you an additional 30 days is received by either myself or the court you hereby contract to the following.

A motion for summary judgment will be filed for the full amount demanded within the lawsuit and a writ of quo warranto will be requested against you.

Be it known the service process acceptance of my offer establishes common law contract. Between us under the postal rule Which states:

The **postal rule** also known as the "**mailbox rule**" or "**deposited acceptance rule**") is a term of common law contract which determines the timing of acceptance of an offer when mail is contemplated **"as the medium of acceptance"** the general principle is that a contract is formed when an acceptance is actually communicated to the offeror. The mailbox rule is an exception to the general principle. The **"mail box rule"** provides that the contract is formed when a properly pre-paid and properly addressed letter of acceptance is posted. One rationale given for the rule is that the offeror nominates the post office as applied agent and thus the receipt of acceptance by the post office is regarded as that of the offeree. The main effect of the **"mail box rule"** is that the risk of acceptance being delivered late or lost in the post is placed on upon the offeror. If the offeror is reluctant in accepting this risk, he can always require actual receipt before being legally bound by law.

**A wet signed copy of the "Frank v. Fine" is attached.**

**With Honorable Intent,**

_____
Authorized Representative

---

**Footnote 1**: TRUSTOR. One who creates a trust. Also called settlor. Ulmer v. Fulton, 129 Ohio St. 323, 195N.E. 557, 564, 97 A.L.R. 1170.
**Footnote 2**: BENEFICIARY. One for whose benefit a trust is created; a Cestui que Trust[6]. 195 N.E. 557, 564, 97A.L.R. 1170. A person having the enjoyment of property of which a trustee, executor, etc., has the legal possession. The person to whom a policy of insurance is payable. Parrott Estate Co. v. McLaughlin. D.C. Cal., 12 F. Supp. 23, 25; Odom v. Prudential Ins. Co. of America, 173 Or. 435, 145P.2d 480, 482. One receiving benefit or advantage, or one who is in receipt of benefits, profits, or advantage. Bauer v. Myers, C.C.A. Kan., 244 F. 902,908. For "Favored Beneficiary," see that title.
**Footnote 3**: TRUSTEE. The person appointed, or required by law, to execute a trust; one in whom an estate, interest, or power is vested, under an express or implied agreement to administer or exercise It for the benefit or to the use of another called the Cestui que Trust[6]. Pioneer Mining Co. v. Ty-berg, C.C.A. Alaska, 215 F. 501, 506, L.R.A.1915B,442; Kaehn v. St. Paul Co-op. Ass'n, 156 Minn. 113,194 N.W. 112; Catlett v. Hawthorne, 157 Va. 372,161 S.E. 47, 48. Person who holds title to res and administers it for others' benefit. Reinecke v. Smith, Ill., 53 S.Ct. 570,

289 U.S. 172, 77 L. Ed. 1109.In a strict sense, a "trustee" is one'who holds the legal title to property for the benefit of another, while, in abroad sense, the term is sometimes applied to anyone standing In a fiduciary or confidential relation to another, such as agent, attorney, bailee, etc. State ex rel. Lee v. Sartorius, 344 Mo. 912, 130 S.W.2d 547, 549, 550."Trustee" is also used in a wide and perhaps inaccurate sense, to denote that a person has the duty of carrying out a transaction, in which he and another person are interest-ed, in such manner as will be most for the benefit of the latter, and not in such a way that he himself might be tempted, for the sake of his personal advantage, to neglect the interests of the other. In this sense, directors of companies are said to be "trustees for the shareholders." Sweet. Trustees is plural for Trustee. Trustee's can imply "Trustee is".

defines "

**Footnote 4**: TAXPAYER.  Section 7701(a)(14) defines "taxpayer" as "**any person" subject to any internal revenue tax**, and section 7701(a)(1) person" to include an individual, trust, estate, partnership, or corporation.

**Footnote 5**:  The **postal rule** also known as the "**mailbox rule**" or "**deposited acceptance rule**") is a term of common law contract which determines the timing of acceptance of an offer when mail is contemplated **"as the medium of acceptance"** the general principle is that a contract is formed when an acceptance is actually communicated to the offeror. The mailbox rule is an exception to the general principle. The **"mail box rule"** provides that the contract is formed when a properly pre-paid and properly addressed letter of acceptance is posted. One rationale given for the rule is that the offeror nominates the post office as applied agent and thus the receipt of acceptance by the post office is regarded as that of the offeree. The main effect of the **"mail box rule"** is that the risk of acceptance being delivered late or lost in the post is placed on upon the offeror. If the offeror is reluctant in accepting this risk he can always require actual receipt before being legally bound by law.

Footnote 6:  Cestui que Trust[6]. The person for whose benefit a trust is created or who is to enjoy the income or the avails of it.

**Footnote 6:CESTUI QUE TRUST**, A barbarous phrase, to signify the beneficiary of an estate held in trust. He for whose benefit another person is enfeoffed or seised of land or tenements, or is possessed of personal property. The cestui que trust is entitled to receive the rents and profits of the land; he may direct such conveyances, consistent with the trust, deed or will, as he shall choose, and the trustee (q.v.) is bound to execute them: he may defend his title in the name of the trustee. 1 Cruise, Dig. tit. 12, c. 4, s. 4; vide Vin. Ab. Trust, U, W, X, and Y 1 Vern. 14; Dane's Ab. Index, h.t.: 1 Story, Eq. Jur. Sec. 321, note 1; Bouv. Inst. Index, h.t. "Cestui que Trust[6]." *Merriam-Webster.com Legal Dictionary*, Merriam-Webster, https://www.merriam-webster.com/legal/cestui%20que%20trust. Accessed 3 Oct. 2022.

" (E)very taxpayer is a Cestui que Trust having sufficient interest in preventing abuse of the Trust to be recognized in the field   of this court's prerogative jurisdiction as a realtor in the proceedings to set sovereign authority in motion by action____." In re Bolens 135, N.W. Rep. 164 (1912) Supreme Court of Wisconsin

" A Public official is a fiduciary toward the public, including in the case of a judge, the litigants that appear before him and if he deliberately conceals material information from them he is guilty of fraud "  United States v. Holzer 816 F.2d 304, 307(1987) Public officers are the "Trustees(s) and servant(s) of the people." Georgia Department of Human Resources v. Sistrunk 291 S.E. 2d 524, 536(1982) "Public Office" is a public trust or agency for the benefit of the people to be *administered under legislative control in the interest of the people* State ex rel Nagle v. Sullivan 45 F.2d 993, 997, Supreme Court of Montana(1935).






# AFFIDAVIT OF SERVICE

County of St Lucie
State of Florida

Date: November 2, 2023

**I. SERVER.** I, Colby Frank ("Server"), declare under penalty of perjury that the following documents were delivered and served in the following manner:

**II. DOCUMENTS.** The documents served are described as: Complaint, Evidence, Offer of Conditional Acceptance

**III. RECIPIENT.** The above-mentioned documents were delivered to: Common Law Contract
  a.) Defendant/Respondent: Randy Fine ("Recipient")
  b.) Address/Location: Suite 5 2539 Palm Bay Rd NE, Palm Bay, FL, 32905
  c.) Date: November 2, 2023  Time: 2:17 ☐ AM ☑ PM

**IV. DELIVERY.** The Recipient received the documents by: (check one)

  ☑ - **Mail.** The Server sent the documents in the mail by: (check all that apply)
    ☐ - Standard Mail
    ☐ ✓ Electronic Mail (E-Mail)
    ☑ - Certified Mail (with return receipt)
    ☐ - FedEx
    ☐ - UPS
    ☐ - Other

  ☐ - **Direct Service.** The Server handed the documents to a person identified as the Recipient.
  ☐ - **Someone at the Residence.** The Server handed the documents to someone who identified as living at the residence and stated their name is: _____.
  ☐ - **Someone at the Workplace.** The Server handed the documents to someone who identified to be the Recipient's co-worker and stated their name is: _____.
  ☐ - **Leaving at the Residence.** The Server left the documents in the following area: _____.
  ☐ - **Recipient Rejected Delivery.** The Server delivered the documents to the Recipient in-person and did not accept delivery.
  ☐ - **Other.** _____.

**V. VERIFICATION.** I declare under penalty of perjury under the laws located in this State that the foregoing is true and correct.

Server's Signature: _Colby-Alexander; Frank UCC1-308 w/o prejudice_ Date: 11/29/2023
Print Name: Colby-A: Frank

Page 1 of 1



# Aerospace Engineers

| Summary | What They Do | Work Environment | How to Become One | Pay | Job Outlook | State & Area Data | Similar Occupations | More Info |

## Summary

| Quick Facts: Aerospace Engineers ||
|---|---|
| 2022 Median Pay | $126,880 per year <br> $61.00 per hour |
| Typical Entry-Level Education | Bachelor's degree |
| Work Experience in a Related Occupation | None |
| On-the-job Training | None |
| Number of Jobs, 2022 | 63,800 |
| Job Outlook, 2022-32 | 6% (Faster than average) |
| Employment Change, 2022-32 | 3,900 |



# 'GLASSDOOR'

## Aerospace Engineer Salaries

Overview | **Salaries** | Interviews | Insights | Career Path

# How much does an Aerospace Engineer make?

Updated Nov 19, 2023

Experience

| 0-1 Years ⌄ |

Industry

| Aerospace & Defense ⌄ |

 Confident

| Total Pay Range | **$72K - $126K**/yr |

| Base Pay | **$64K - $112K**/yr |
| Additional Pay | **$8K - $14K**/yr |

$95K/yr
▼

$72K                                                                                                    $126K

Most Likely Range

The estimated total pay for a Aerospace Engineer is $94,738 per year in the United States area, with an average salary of $84,708 per year. These numbers represent the median, which is the midpoint of the ranges from our proprietary Total Pay Estimate model and based on salaries collected from our users. The estimated additional pay is $10,030 per year. Additional pay could include cash bonus, commission, tips, and profit sharing. The "Most Likely Range" represents values that exist within the 25th and 75th percentile of all pay data available for this role.

How accurate is this most likely **Total Pay range** (base + additional) of **$72K-$126K/yr?**

| ⇩ Low | ☺ Accurate | ⇧ High |
|---|---|---|

# Total Pay Trajectory

For Aerospace Engineer in the Aerospace & Defense industry

**$94,738 /yr**
Aerospace Engineer

**$145,205 /yr**
Senior Aerospace Engineer

**$132,060 /yr**
Lead Aerospace Engineer

See Full Career Path ›

Download as data table

# Top Paying Companies

For an Aerospace Engineer in United States

Below is the total pay for the top 10 highest paying companies for an Aerospace Engineer in United States. Employers include Intuitive Machines, Amazon and SpaceX.

**1**

**Intuitive Machines**

$184,878/yr
15 open jobs

**2**

**Amazon**

$176,916/yr
14K open jobs

See pay for all companies for an Aerospace Engineer in United States
View data as table

## What are total pay estimates for an Aerospace Engineer at different companies?

| City or Metro Area | Search |

| Search by employer | Search |

Sort: Popular ⌄



**NASA**
4.5 ★
Aerospace Engineer ⓘ
See 247 salaries from all locations
659 open jobs

**$125,370** / yr
▼

$101K                                    $155K



**Boeing**
3.9 ★
Aerospace Engineer ⓘ
See 157 salaries from all locations
1,735 open jobs

**$123,215** / yr
▼

$97K                                     $157K



**Naval Air Systems Command**
3.7 ★
Aerospace Engineer ⓘ
See 132 salaries from all locations
5 open jobs

$121,609 ▼ / yr

$97K                                               $152K



**US Air Force**
4.1 ★

Aerospace Engineer ⓘ

See 120 salaries from all locations
624 open jobs

$109,573 / yr ▼

$87K                                               $139K



**Lockheed Martin**
4.1 ★

Aerospace Engineer ⓘ

See 80 salaries from all locations
5,941 open jobs

$121,509 / yr ▼

$96K                                               $154K



**US Navy**
3.7 ★

Aerospace Engineer ⓘ

See 66 salaries from all locations
41 open jobs

$111,836 / yr ▼

$88K                                               $142K



**Northrop Grumman**
4 ★

Aerospace Engineer ⓘ

See 63 salaries from all locations

2,750 open jobs

$124,810 / yr
▼

$99K                                                    $158K

**Is this salary info helpful?**

Let's pay it forward! The Glassdoor community relies on people like you to share accurate salary info to promote fair compensation everywhere

[ 👥 Share Salary Anonymously ]


**FAA**
3.9 ★

Aerospace Engineer ⓘ

See 49 salaries from all locations

110 open jobs

$120,000 / yr
▼

$96K                                                    $150K


**NAWC**
3.8 ★

Aerospace Engineer ⓘ

See 48 salaries from all locations

$125,999 / yr
▼

$101K                                                   $158K


**SpaceX**
3.9 ★

Aerospace Engineer

See 41 salaries from all locations

1,063 open jobs

**$176,762** / yr

$138K                                    $228K

---



**Dynetics**
3.6 ★

Aerospace Engineer

See 41 salaries from all locations

110 open jobs

**$111,836** / yr

$90K                                    $140K

---



**Blue Origin**
3.5 ★

Aerospace Engineer

See 36 salaries from all locations

211 open jobs

**$115,647** / yr

$91K                                    $147K

---



**US Department of Defense**
4 ★

Aerospace Engineer

See 30 salaries from all locations

609 open jobs

**$113,655** / yr

$89K                                              $146K



**US Army**

3.8 ★

Aerospace Engineer ⓘ

See 27 salaries from all locations

1,600 open jobs

**$108,948** / yr
▼

$86K                                              $137K



**Jacobs**

4 ★

Aerospace Engineer ⓘ

See 24 salaries from all locations

3,710 open jobs

**$96,780** / yr
▼

$78K                                              $120K



**United Launch Alliance**

3.8 ★

Aerospace Engineer ⓘ

See 24 salaries from all locations

100 open jobs

**$121,245** / yr
▼

$97K                                              $153K



**AeroTEC**

3.7 ★

Aerospace Engineer ⓘ

See 23 salaries from all locations

7 open jobs

**$108,736** / yr

$87K                                        $137K

---


**NASA Jet Propulsion Laboratory**
4.4 ★

Aerospace Engineer ⓘ

See 22 salaries from all locations
10 open jobs

**$127,859** / yr

$102K                                        $160K

---


**Honeywell**
4 ★

Aerospace Engineer ⓘ

See 15 salaries from all locations
2,863 open jobs

**$126,883** / yr

$105K                                        $154K

---


**Leidos**
3.8 ★

Aerospace Engineer ⓘ

See 14 salaries from all locations
3,156 open jobs

**$112,252** / yr

$88K                                        $143K

Download as data table

< 1 2 3 4 5 >

Viewing 1 - 20 of 720

## Top Paying Industries

For an Aerospace Engineer in United States

The top 5 paying industries for an Aerospace Engineer in United States are Transportation & Logistics with a median total pay of $146,617, Human Resources & Staffing with a median total pay of $125,343, Government & Public Administration with a median total pay of $120,593, Aerospace & Defense with a median total pay of $116,893, and Information Technology with a median total pay of $115,023.

| Industry | Total Pay | Total Pay Insight |
| --- | --- | --- |
| Transportation & Logistics | $146,617 | 20% Higher than Aerospace & Defense |
| Human Resources & Staffing | $125,343 | 6% Higher than Aerospace & Defense |
| Government & Public Administration | $120,593 | 3% Higher than Aerospace & Defense |
| Aerospace & Defense | $116,893 | Aerospace & Defense is a **top paying industry** |
| Information Technology | $115,023 | 2% Lower than Aerospace & Defense |

## Glassdoor Economist Pay Overview



### What is the pay outlook for Engineering?

Engineering jobs are in high demand with workers receiving generous compensation packages and bonuses. Engineering offers ample opportunity for growth and development with transferable skills across an array of fields from software, supply chain and logistics to aerospace. Most roles require at least a bachelor's degree. To remain competitive, job-seekers should consider specialization or skill-specific programs such as coding boot-camps or certifications.

## Aerospace Engineer pay FAQ

How much does an Aerospace Engineer in United States make?  ⌄

What is the highest salary for an Aerospace Engineer in United States?  ⌄

What is the lowest salary for an Aerospace Engineer in United States?  ⌄

What is the an Aerospace Engineer career path and salary trajectory?  ⌄

What is the Salary Trend for Aerospace Engineers?  ⌄

Do Aerospace Engineers Make Good Money in United States?  ⌄

How Much Does an Aerospace Engineer Make Over Time in United States?  ⌄

How to Make More Money as an Aerospace Engineer  ⌄

How to Negotiate a Higher Salary as an Aerospace Engineer  ⌄

## Additional Resources

Aerospace Engineer Job Description Template

Salaries

>

aerospace engineer

---

# 'GLASSDOOR'

---

| Glassdoor | Employers | Information | Work With Us |
|---|---|---|---|
| About / Press | Get a Free Employer Account | Help / Contact Us | Advertisers |
| Awards | Employer Center | Guidelines | Careers |
| Blog |  | Terms of Use |  |
| Research |  | Privacy & Cookies |  |
| Guides |  | Privacy Center |  |
|  |  | Do Not Sell Or Share My Information |  |
|  |  | Cookie Consent Tool |  |

Download the App             United States ⌄

---

Browse by: Companies, Jobs, Locations, Communities

Copyright © 2008-2023, Glassdoor LLC. "Glassdoor" and logo are registered trademarks of Glassdoor LLC.