Colby Frank
PO Box 13264
Ft Pierce, FL
34979

CERTIFIED M
9589 0710 5270 130

401 W
Orlando,

Retail



32801

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
PORT SAINT LUCIE, FL 34986
NOV 25, 2023

**$10.21**

R2304W120336-31

entral Blvd

FL 32801



