# United States District Court
# Middle District of Florida
# Orlando Division

Case No.
6:23-cv-2043-PGB-RMN

Frank v. Fine

## <u>Response to Report and Recommendation</u>

Plaintiff is requesting an extension of time (60 days) to amend the existing lawsuit without dismissal.  Unfortunately, Plaintiff's friends are now jailed for distributing political and religious newspapers/flyers/handbills to private residences and Plaintiff is now needed to help them with Habeas Corpus petitions in other districts.  *See STATE OF FLORIDA V. JON EUGENE MINADEO, Palm Beach County*.  Also, on 132 counts of "littering," Phillip and Hillary Jacobs were recently arrested by Douglass County, Georgia for distribution of the same political and religious flyers, found at *gtvflyers.com*.

Plaintiff's friends being jailed for "attempt to commit dumping of litter," when *Schneider v. State SCOTUS 1939* and other high court decisions were presented in writing and orally during a motion to dismiss hearing is the proof that this lawsuit is neither frivolous nor maliciously filed; and that this lawsuit is necessary for this honorable Court to hear in the pursuit of justice.  To be jailed for distributing political and religious materials that Defendant Fine opposes is proof that a conspiracy against our Constitution is taking place of which Defendant Fine is a key party.  **Packet D** of the originally filed complaint is sufficient proof that Randy Fine has been politicking amongst various agencies and agents within the

state of Florida to shut down the distribution of our literature.   This proves conspiracy allegations.   **Attachment C** proves cyberintimidation by publication. **Packets A&B** show the proof that Defendant Fine violated FS836.05, FS836.09, 18 U.S. Code § 241, § 245,§ 247.   The video that Plaintiff will enter into evidence upon an order for discovery will also prove that Defendant Fine violated FS112.311, FS112.3213, and FS112.313.   Defendant Fine was served with the original complaint and evidence packets as well as an offer to contract demanding his response within 30 days or a written request for an additional 30 days.  Plaintiff dismisses Defendant Takacs and will amend the complaint to include him/her as a witness.   Plaintiff maintains that the unknown 9-1-1 caller violated FS365.172 by calling 9-1-1 to report men handing out political literature.

On recommendation **No. 1**, that *forma pauperis* be denied, Plaintiff disagrees.  Plaintiff's lawsuit is not frivolous or malicious.  Plaintiff and many of Plaintiff's friends free speech is under attack and Defendant Fine is a critical component of these conspiracies.  This lawsuit is a way for Plaintiff to fight back against the severe injustices that Plaintiff and friends are facing.

On recommendation **No. 2**, that the complaint be dismissed without prejudice, Plaintiff requests 60 days to amend and link specific facts to each cause of action without dismissal.  Plaintiff is not an attorney and will never be able to find one with cases as political as these.  Plaintiff also has many other duties and responsibilities and is finishing a second degree in aerospace engineering. Therefore Plaintiff respectfully requests 60 days to amend.

# **Transcript of the Video**

On the morning of October 4, 2023, Frank approached Fine on his way to a public speaking event with a GoPro camera in one of his hands and the flyers in the other with the intent to debate and discuss Frank's flyers and the drafting and signage of HB 269 in Israel.

Frank: "Is that Mr. Fine? How are you, man? How ya doin'?"

Fine: "Good, who are you?"

Frank: "How ya doin'? Colby Frank with Goyim TV."

Fine: "Oh, god."

Frank: "Will you debate the flyers, my friend? You have no comments?"

Fine: "You're a fucking Nazi."

Frank: "I'm a Nazi? I know, but will you debate the flyers? If you debate the flyers we're willing to stop and then we can stop anti-Semitism in the state of Florida."

Fine: "You can't stop anti-Semitism until assholes like you are outta this state."

Frank: "I have to be out of the state, why? You have no comments?"

Fine: "I don't talk to bigots. You're lucky I don't punch you in the fucking face."

Frank: "Oh, come on, Mr. Fine, look man, I'm willing to cease and desist immediately. Can you debunk the flyers? Randy, come on, can we have a gentlemanly conversation?"

Fine: "I don't have gentlemanly conversations with Nazis."

Frank: "He doesn't have gentlemanly conversations with Nazis. Alright, well I see how it is Mr. Fine, ya know, I wanted to know if you'd debate the flyers."

Fine: "You're beneath me."

Frank: "I'm beneath you? Say that to the camera."

Fine: "You're scum."