## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

COLBY ALEXANDER FRANK,

    Plaintiff,

    v.                                                          Case No. 6:23-cv-2043-PGB-RMN

RANDY FINE; KERRY TAKACS;
and UNKNOWN 911 CALLER,

    Defendants.

_____

## <u>ORDER</u>

    This cause comes before the Court for consideration without oral argument on Plaintiff's Motion to Compel Defendant to Respond (Dkts. 8, 10).[1] In the motion, Plaintiff states that his original complaint "has shown three critical components towards his lawsuit," and that he has a "sworn affidavit of criminal complaint,[2] evidence, and now cause showing damages." Dkts. 8, 10 at 1. Plaintiff takes issue with the fact that Defendant has not responded to his Complaint, yet Plaintiff's Complaint was dismissed by this Court on November 20, 2023. *See* Dkt. 7. The Court cannot compel a Defendant to

_____

[1] Plaintiff submitted the same motion twice. *See* Dkts. 8 and 10.

[2] Though Plaintiff appears to be asking the Court to impose criminal sanctions, it's worth noting that Plaintiff filed a *civil action* against Defendants Fine, Takacs, and an "Unknown 911 Caller."

respond to a Complaint that has been dismissed. Furthermore, the District Judge in this matter has extended the time for Plaintiff to file an amended complaint. *See* Dkt. 12. Defendants' response will be due if, and only after, a proper amended complaint is filed and accepted by this Court.

Accordingly, Plaintiff's Motions to Compel Defendant to Respond (Dkts. 8 and 10) are **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida, on December 6, 2023.

_____
ROBERT M. NORWAY
*United States Magistrate Judge*

Copies to:

Colby Alexander Frank
P.O. Box 13264
Fort Pierce, Florida 34979