**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**COLBY ALEXANDER FRANK,**

        **Plaintiff,**

v.                                        **Case No: 6:23-cv-2043-PGB-RMN**

**RANDY FINE, KERRY TAKACS
and UNKNOWN 911 CALLER,**

        **Defendants.**
_____/

## ORDER

This matter comes before the Court on Plaintiff's Causes (Doc. 9 (the "**Causes**")), filed on December 1, 2023.

Plaintiff filed its Complaint (Doc. 1 (the "**Complaint**")) on October 23, 2023. Soon thereafter, on October 24, 2023, the Court issued an Initial Case Order regarding Case Management and Deadlines (Doc. 3 (the "**Initial Order**")) directing Plaintiff to file a Notice of Pendency of Other Actions and a Certificate of Interested Persons on or before November 7, 2023. On November 16, 2023, after providing Plaintiff an additional nine (9) days past the aforementioned deadline to file, the Court issued an Order to show cause (Doc. 6 (the "**Order**")) as to Plaintiff's failure to file a Notice of Pendency of Other Actions and a Certificate of Interested Persons. Therein, the Court directed Plaintiff to show cause and file a response to the Order on or before November 30, 2023. (*Id.*). On December 1, 2023, Plaintiff filed its Causes, asserting causes of action against Defendant and requesting "60

days to complete said order to file a Notice of Pendency of Other Actions and a Certificate of Interested Persons." (*See generally* Doc. 9).

First, the Court notes that it appears Plaintiff misconstrued its Order. (*Id.*). Rather than showing cause as to the failure to file a Notice of Pendency of Other Actions and a Certificate of Interested Persons, Plaintiff provided a list of "causes" against Defendant. (*Id.*).[1] Consequently, Plaintiff failed to show cause and file a sufficient response to the Order. (*See* Docs. 3, 6); Local Rule 1.07(c).[2]

Nonetheless, in the Causes, Plaintiff also requested an extension of time to file a Notice of Pendency of Other Actions and a Certificate of Interested Persons. (Doc. 9); *Tannenbaum v. United States*, 148 F.3d 1262, 1263 (11th Cir. 1998) ("*Pro se* pleadings are held to a less stringent standard than pleadings drafted by attorneys and will, therefore, be liberally construed."). Considering the Court previously granted Plaintiff an extension of time to file an amended complaint, the Court will allow Plaintiff additional time to file a Notice of Pendency of Other Actions and a Certificate of Interested Persons. (*See* Doc. 12). However, the Court finds the request for an extension of sixty (60) days unsupported and thus, grants Plaintiff's request for an extension in part. Accordingly, Plaintiff shall file a Notice

---

[1] Considering these "causes" provide no relevance as to Plaintiff's failure to file a Notice of Pendency of Other Actions and a Certificate of Interested Persons, the Court will not address the causes herein. (*See* Doc. 9).

[2] Although *pro se* pleadings are liberally construed, courts are not required to "act as *de facto* counsel or rewrite an otherwise deficient pleading to sustain an action." *Bilal v. Geo Care, LLC*, 981 F.3d 903, 911 (11th Cir. 2020).

of Pendency of Other Actions and a Certificate of Interested Persons in compliance with this Order and all applicable rules and law on or before December 20, 2023.[3]

Therefore, it is **ORDERED** as follows:

1. Plaintiff's Causes (Doc. 9) is **GRANTED IN PART AND DENIED IN PART**;

2. Plaintiff shall file a Notice of Pendency of Other Actions and a Certificate of Interested Persons in compliance with this Order and all applicable rules and law on or before December 20, 2023; and

3. Failure to timely comply with this Order and file a Notice of Pendency of Other Actions and a Certificate of Interested Persons will result in the dismissal of this action without prejudice and without further notice.

**DONE AND ORDERED** in Orlando, Florida on December 6, 2023.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[3] To properly file a Notice of Pendency of Other Actions and a Certificate of Interested Persons, Plaintiff shall refer to the Initial Order and Local Rule 1.07(c). (Doc. 3, p. 2).