UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Colby Alexander Frank

        Plaintiff,

v.                               Case No: 6:23-cv-2043-PGB-RMN

Randy Fine

        Defendant.

## Compliance with Orders

Plaintiff files the following documents in compliance with Document 3 Filed 10/24/23.

1. Disclosure Statement Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03

2. Uniform Case Management Report

3. Notice of Pendency of Other Actions

Plaintiff also files a second affidavit of service process issuing a true and correct copy of the entire initial complaint and evidence (doc 1) and a conditional acceptance offer to contract demanding a response within 30 days to the office of Randy Fine.