**U.S. Postal Service™**
**CERTIFIED MAIL RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Orlando, FL 32801                              OFFICIAL USE

| Certified Mail Fee | $4.35 | | 0270 |
| --- | --- | --- | --- |
| $ | | $3.55 | 7 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ $0.00
☐ Return Receipt (electronic)        $ $0.00    Postmark
☐ Certified Mail Restricted Delivery $ $0.00    Here
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $

Postage       $0.90
$
Total Postage and Fees
$ $8.80

NOV 13 2023

11/13/2023

Sent To  401 W Central Blvd
Street and Apt. No., or PO Box No.
  Orlando, FL
City, State, ZIP+4®
  32801

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

9589 0710 5270 1026 6299 82

---

Thu 11/16/2023
Certified Mail®                          $4.35
   Tracking #:
   9589 0710 5270 1026 6299 82
Return Receipt                           $3.55
   Tracking #:
   9590 9402 7884 2234 1995 82
Total                                    $8.80

Grand Total:                             $9.39

Debit Card Remit                         $9.39
   Card Name: VISA
   Account #: XXXXXXXXXXXX3745
   Approval #: 822128
   Transaction #: 550
   Receipt #: 051342
   Debit Card Purchase: $9.39
   AID: A0000000980840          Chip
   AL: US DEBIT
   PIN: Verified

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
             1-800-222-1811.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
   Associate can show you how.

         Preview your Mail
         Track your Packages
         Sign up for FREE @
    https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
    Thank you for your business.

   Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



         or call 1-800-410-7420.

UFN: 113109-0270
Receipt #: 840-53270165-2-6490859-2

---

**UNITED STATES POSTAL SERVICE.**

PORT SAINT LUCIE
290 NW PEACOCK BLVD
PORT SAINT LUCIE, FL 34986-9998
      (800)275-8777

11/25/2023                              01:31 PM
--------------------------------------------------
Product               Qty   Unit      Price
                            Price
--------------------------------------------------
First-Class Mail®      1               $2.31
Large Envelope
   Orlando, FL 32801
   Weight: 0 lb 4.30 oz
   Estimated Delivery Date
      Tue 11/28/2023
   Certified Mail®                     $4.35
      Tracking #:
      9589 0710 5270 1302 7295 66
   Return Receipt                      $3.55
      Tracking #:
      9590 9402 8400 3156 3738 82
Total                                 $10.21
--------------------------------------------------
Grand Total:                          $10.21
--------------------------------------------------
Cash                                  $10.25
Change                                 -$0.04
--------------------------------------------------

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
             1-800-222-1811.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
   Associate can show you how.

         Preview your Mail
         Track your Packages
         Sign up for FREE @
    https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
    Thank you for your business.

   Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



         or call 1-800-410-7420.

UFN: 113108-0274
Receipt #: 840-53270293-4-13334062-2
Clerk: 31

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Orlando, FL 32801

| Certified Mail Fee | $4.35 | | 0270 |
| --- | --- | --- | --- |
| $ | | $3.55 | 30 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $ $0.00
☐ Return Receipt (electronic)     $ $0.00       Postmark
☐ Certified Mail Restricted Delivery $ $0.00      Here
☐ Adult Signature Required        $ $0.00
☐ Adult Signature Restricted Delivery $

Postage  $2.31
Total Postage and Fees  $10.21

Sent To _____
Street and Apt. No., or PO Box No. _____
City, State, ZIP+4® _____

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

Postmark: FORT PIERCE MPO, NOV 29 2023

---

Large Envelope
Orlando, FL 32801
Weight: 0 lb 4.10 oz
Estimated Delivery Date
    Sat 12/02/2023
Certified Mail®                $4.35
    Tracking #:
        9589 0710 5270 1026 6299 68
Return Receipt                 $3.55
    Tracking #:
        9590 9402 7884 2234 1995 75
Total                          $10.21

Grand Total:                   $13.15

Cash                           $14.00
Change                         -$0.85

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
            1-800-222-1811.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



or call 1-800-410-7420.

FN: 113109-0270
Receipt #: 840-53270165-1-5485411-1

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Orlando, FL 32801

| Certified Mail Fee | $4.35 | | 0274 |
| --- | --- | --- | --- |
| $ | | $3.55 | 22 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $ $0.00
☐ Return Receipt (electronic)     $ $0.00       Postmark
☐ Certified Mail Restricted Delivery $ $0.00     Here
☐ Adult Signature Required        $ $0.00
☐ Adult Signature Restricted Delivery $

Postage  $9.55
Total Postage and Fees  $17.45

Sent To _____
Street and Apt. No., or PO Box No. _____
City, State, ZIP+4® _____

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

Postmark: FT ST LUCIE MAIN, OCT 19 2023, 10/19/2023

---

Insurance                      $0.00
    Up to $100.00 included
Certified Mail®                $4.35
    Tracking #:
        9589 0710 5270 0696 3247 77
Return Receipt                 $3.55
    Tracking #:
        9590 9402 8400 3156 3594 80
Total                          $17.45

Grand Total:                   $19.14

Debit Card Remit               $19.14
    Card Name: VISA
    Account #: XXXXXXXXXXXX3745
    Approval #: 830838
    Transaction #: 116
    Receipt #: 102141
    Debit Card Purchase: $19.14
    AID: A0000000980840      Chip
    AL: US DEBIT
    PIN: Verified

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
            1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing an
    insurance claim go to
https://www.usps.com/help/claims.htm
    or call 1-800-222-1811

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,

