# United States District Court
# Middle District of Florida
# Orlando Division

Case No.
6:23-cv-2043-PGB-RMN

Frank v. Fine

## DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Plaintiff makes the following disclosure(s).

1. There is no known corporation that seeks to intervene.

2. Not a diversity action.

3. Interested Persons : Colby-A: Frank, Jon Eugene Minadeo, Jonathan Kole Baldwin, David Young Kim, Jason Brown, Anthony Altick, Amanda Rains, Ronald Murray Jr, State Representative Randy Fine, Brevard Federated Republican Women, Sheriff Michael J Chitwood, Sheriff John Mina, Sheriff Ric Bradshaw, State Representative Mike Caruso, State Attorney David Aronberg, Yael Herschfeld, County of Palm Beach, City of West Palm Beach, Governor Ron Desantis, Anti-Defamation League. *Add Brian Hulliger*

4. Unknown

5. Unknown

6. Identify each person arguably eligible for restitution: Colby-A: Frank

    I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

*[signature]*

VCCI-308 w/o Prejudice