UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

**Colby Alexander Frank**

                **Plaintiff,**

v.                                                          Case No: 6:23-cv-2043-PGB-RMN

**Randy Fine**

                **Defendant.**

## Correspondence & Amended Complaint

      Plaintiff respectfully requests this Honorable Court hears this pleading that he has been having logistical issues with the mailings of his filings and his responses have been making the record very late.  Plaintiff has to his knowledge amended the complaint in compliance with the order dockets numbered 5 and 6.  Plaintiff again files the same complaint including the amended causes of action in the original complaint and adjustments to defendants and witnesses.  If this is not

what the court means by amending the complaint, then plaintiff does not understand or comprehend exactly what is required of the amended complaint.

Plaintiff was under the original belief that including his causes of action was in satisfaction of the order to show cause, and Plaintiff has filed the other documents required in a separate document called "Compliance With Orders," (response to Docket 3) that is currently in the mail en route to the Clerk's office and is also being filed electronically to ensure it makes the record before December 12th, 2023. Plaintiff has now learned how to file electronically and will be using that tool from now on.

As Plaintiff previously stated, friends have been jailed for distributing political and religious literature that Defendant Fine opposes. This lawsuit is absolutely necessary for Plaintiff to seek justice for Defendant Fine's criminal behavior. Please do not dismiss this lawsuit.