# AFFIDAVIT OF SERVICE

County of _Brevard_
State of _Florida_

Date: _Dec 1_, 20_23_

**I. SERVER.** I, _Harley Petero_ ("Server"), declare under penalty of perjury that the following documents were delivered and served in the following manner:

**II. DOCUMENTS.** The documents served are described as: _Dkt 1 official Record +_ _Conditional Acceptance offer to Contract_

**III. RECIPIENT.** The above-mentioned documents were delivered to:
   a.) Defendant/Respondent: _Randy Five_ ("Recipient")
   b.) Address/Location: _2539 Palm Bay Road Northeast Suite 5, Palm Bay, Florida 32905_
   c.) Date: _Dec 1_, 20_23_ Time: ____:____ ☐ AM ☐ PM

**IV. DELIVERY.** The Recipient received the documents by: (check one)

☐ - **Mail.** The Server sent the documents in the mail by: (check all that apply)
☐ - Standard Mail
☐ - Electronic Mail (E-Mail)
☐ - Certified Mail (with return receipt)
☐ - FedEx
☐ - UPS
☐ - Other

☐ - **Direct Service.** The Server handed the documents to a person identified as the Recipient.

☐ - **Someone at the Residence.** The Server handed the documents to someone who identified as living at the residence and stated their name is:

_____.

☐ - **Someone at the Workplace.** The Server handed the documents to someone who identified to be the Recipient's co-worker and stated their name is:

_____.

☒ - **Leaving at the Residence.** The Server left the documents in the following area: _2539 Palm Bay Road Northeast Suite 5, Palm Bay, Florida 32905_
☐ - **Recipient Rejected Delivery.** The Server delivered the documents to the Recipient in-person and did not accept delivery.
☐ - **Other.** _____.

**V. VERIFICATION.** I declare under penalty of perjury under the laws located in this State that the foregoing is true and correct.

**Server's Signature:** _Harley Petero_ Date: _Dec. 1, 2023_
**Print Name:** _Harley Petero_