# United States District Court
# Middle District of Florida
# Orlando Division

Case No.
6:23-cv-2043-PGB-RMN

Frank v. Fine

## Application for Default

Plaintiff requests that the Clerk of Court enter default against defendant Randy Fine pursuant to Federal Rule of Civil Procedure 55(a) and Local Rule 1.10(b). The return date in this matter was December 31, 2023 where defendant or an agent thereof acknowledged receipt of this lawsuit with proof attached. As of the date of filing this motion, the Defendant has not filed an Appearance with the Court. An attached form is included in this filing.

*[signature]*
UCC1-308 w/o prejudice

Colby-A: Frank
941-275-5712
PO Box 13264,
Ft. Pierce, Florida, 34979

# United States District Court
# Middle District of Florida
# Orlando Division

Frank v. Fine

Case No.
6:23-cv-2043-PGB-RMN

## Entry of Default against Randy Fine

Plaintiff requests that the Clerk of Court enter default against defendant Randy Fine pursuant to Federal Rule of Civil Procedure 55(a) and Local Rule 1.10(b). It appearing from the record that defendant has failed to appear, plead, or otherwise defend where Defendant or an agent thereof acknowledged receipt of this lawsuit with proof attached, the default of Randy Fine is hereby entered pursuant to Federal Rule of Civil Procedure 55(a) and Local Rule 1.10(b)

/s/
Name:_____
Date:_____

# United States District Court
# Middle District of Florida
# Orlando Division

Case No. 6:23-cv-2043-PGB-RMN

Frank v. Fine

## Military Affidavit

Defendant Fine is not currently active duty in the Armed Forces of the United States pursuant to DoD Directive 1344.10 F(2)(b).

*[signature]*
UCC 1-308 w/o prejudice

Colby-A: Frank
941-275-5712
PO Box 13264,
Ft. Pierce, Florida, 34979

## CERTIFICATE OF SERVICE

I CERTIFY that a copy of this motion was served through the U.S. Mail Certified to the office of Randy Fine at 2539 Palm Bay Rd NE #5, Palm Bay, FL 32905.

*[signature]*
UCC-1-308 w/o prejudice

/s/ Colby-A: Frank

**Notary Template**

State of: FLORIDA

County of: Port St Lucie

On 1/1/24, before me,

_____,

Personally appeared,

Colby Frank,

[ ] Personally known to me

OR

[✓] Proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and has hereby acknowledged to me that he/she/they have executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal

_Roberta Rosenblatt_
Notary Signature

_Roberta Rosenblatt_
Print Name

ROBERTA ROSENBLATT
Notary Public - State of Florida
Commission # HH 429616
My Comm. Expires Aug 3, 2027