# United States District Court
# Middle District of Florida
# Orlando Division

Case No.
6:23-cv-2043-PGB-RMN

Frank v. Fine

# **<u>Motion for Default Judgment</u>**

COMES NOW Plaintiff, Colby-Alexander: Frank and moves this Honorable Court to enter an order of default against Defendant Randy Fine, RANDY FINE, and states the following grounds.

1) As a matter of material fact, on the record thus far on this 1st day of January, 2024, exactly one month after successful service of the complaint with evidence and contract to engage in this lawsuit attached, there exists no answer to the complaint filed by Defendant.

2) Federal Rule of Civil Procedure 55(a) and Local Rule 1.10(c) apply in the following motion as Defendant has admitted to being properly served.

3) Defendant admits proper service process within their own police report attached and acknowledges that this lawsuit has been filed against him. **(Attachment X)**

4) Defendant has a longstanding habit of intentionally dodging and deflecting service of lawsuits against him. **(Attachment Y)**

5) Defendant was contacted by the press regarding this lawsuit for a response as early as October 24, 2023. **(Attachment Z)**

6) As of the time of this filing, the application for default has been entered with the clerk. All of the issues and causes presented by Plaintiff remain unresolved and unresponded to.

7) As a matter of law, the common-law conditional acceptance offer to contract is a valid and enforceable substitute for a court approved subpoena due to **42 U.S. Code § 1981 - Equal rights under the law**, which states

> "All persons within the jurisdiction of the United States shall have the same right in every State and Territory to make and enforce contracts…"
> And,
> "For purposes of this section, the term "make and enforce contracts" includes the making, performance, modification, and termination of contracts, and the enjoyment of all benefits, privileges, terms, and conditions of the contractual relationship."

8) Also as a matter of law, the supporting case law substantiates the long standing principle of maintaining substance over form where Plaintiff's personally drafted common-law conditional acceptance offer to contract notifying Randy Fine of this lawsuit would be the substance which must overstand the form where the form argument would be whether or not Plaintiff used his own contract or a court approved summons form.

> "The Florida rule declaring a non-lawyer's pleadings filed on behalf of another to be a nullity is the product of the

state's policy against the unauthorized practice of law. *See Torrey*, 769 So.2d at 1043. However, to strike the brief would unjustly place form over substance."
*Forman v. State Dept. of Children & Families, 956 So. 2d 476, 477 (Fla. 4th DCA 2007)*

"To conclude that, because a judge acts within the scope of his authority, such employment decisions are brought within the court's `jurisdiction,' or converted into `judicial acts,' would lift form above substance." *Id.* at 230, 108 S. Ct. 538. In this case, the majority opinion lifts form above substance by holding that, because Clunk has a duty to protect the integrity of his court, his actions in carrying out that duty somehow converted his prosecutorial act of filing a criminal complaint into a judicial one.
*Sean M. Brookings, Plaintiff-appellee, v. R.r. Denny Clunk, Judge, Defendant-appellant,stark County, Ohio, et al., Defendants, 389 F.3d 614 (6th Cir. 2004)*

"the district court either applied an impermissibly high standard of proof or it improperly exalted form over substance."
*Sosebee v. Astrue, 494 F.3d 583, 589 (7th Cir. 2007)*

"To summarily conclude that all of these prohibited practices, regardless of their nature, burden or hinder the

purposes behind the FFELP regulations elevates form over substance and runs contrary to our established preemption analysis." *Adams v. Pa. Higher Educ. Assistance Agency, 787 S.E.2d 583, 590 (W. Va. 2016)*

"The Eleventh Circuit admonished the bankruptcy and district courts as elevating form over substance by holding that the bank had not properly perfected, via sole method of possession, the CD and, therefore, could not be secured."
*National City Bank of Ky., f.k.a. Nat'l City Bank, Ky. v. Toffel, Trustee (In re Alabama Land & Mineral Corp.), 292 F.3d 1319 (11th Cir. 2002)*

WHEREFORE Plaintiff requests this Honorable Court issue an order of default judgment against Radny Fine, RANDY FINE, in the amount of **$2,000,000** US, two million dollars and zero cents United States Federal Reserve Notes payable to Colby-A: Frank, the man.

UCC1-308 W/O Prejudice

Colby-A: Frank
941-275-5712
PO Box 13264,
Ft. Pierce, Florida, 34979

# Attachment X

# COMMUNICATIONS

## Event Report

Event ID: **2023-335-186**          Call Ref #: 34                    Date/Time Received: 12/01/23 11:07:28

Rpt #:

Call Source: PHONE          Prime P178 Unit: DELGADO, ADNERYS          Services Involved

Location: **2539-5 PALM BAY RD NE**          | LAW | | | | |

X-ST:  *CHARLES J HERBERT ST NE*                    5 (S)PLAT OF DAVID (N)

Business: RANDY FINE          Jur: CAD     Service: LAW     Agency: PBPD

St/Beat: PD1     District: PD1          RA:

Phone:          GP: D1

Nature: **SUSPICIOUS INCIDENT**          Alarm Lvl:   1   Priority: 4          Medical Priority:

Reclassified Nature:

Caller:  UNK, NANCY          Alarm:

Addr: EMPLOYEE          Phone: (321) 409-2017          Alarm Type:

Vehicle #: Y636MU          St:   FL     Report Only:   No          Race:          Sex:          Age:

Call Taker: ROSADM          Console: PALM7

Geo-Verified Addr.:   Yes     Nature Summary Code:          Disposition:  NR     Close Comments:

Notes:

**See Event Notes Addendum at end of this report**

### Times

| | Time From Call Received | |
|---|---|---|
| Call Received: 12/01/23 11:07:28 | | |
| Call Routed: 12/01/23 11:07:40 | 000:00:12 | Unit Reaction:   000:08:58  *(1st Dispatch to 1st Arrive)* |
| Call Take Finished: 12/01/23 11:11:42 | 000:04:14 | En-Route:   000:00:19  *(1st Dispatch to 1st En-Route)* |
| 1st Dispatch: 12/01/23 11:10:47 | 000:03:19   *(Time Held)* | On-Scene:   000:39:06  *(1st Arrive to Last Clear)* |
| 1st En-Route: 12/01/23 11:11:06 | 000:03:38 | |
| 1st Arrive: 12/01/23 11:19:45 | 000:12:17   *(Reaction Time)* | |
| Last Clear: 12/01/23 11:58:51 | 000:51:23 | |

### Radio Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments (may truncate in portrait) | Close Code | User |
|---|---|---|---|---|---|---|---|
| P178 | 8047 | D | Dispatched | 12/01/23 11:10:47 | Stat/Beat: PAT1 | | DAYS |
| P178 | 8047 | DXY | DispatchXY | 12/01/23 11:10:47 | 770792.27,1340430.80 | | DAYS |
| P273 | 3652 | DXY | DispatchXY | 12/01/23 11:10:47 | 790058.98,1346350.20 | | DAYS |
| P273 | 3652 | D | Dispatched | 12/01/23 11:10:47 | | | DAYS |
| P273 | 3652 | X | Canceled | 12/01/23 11:11:05 | | | DAYS |
| P178 | 8047 | E | En-Route | 12/01/23 11:11:06 | | | DAYS |
| P178 | 8047 | A | Arrived | 12/01/23 11:19:45 | | | DAYS |
| P178 | 8047 | ENT | Entered Related Vehicl | 12/01/23 11:30:33 | 1) [Vin:] 4T1BF30K63U546840 [licpl_no:] | | DELGAA |
| P178 | 8047 | ... | Entered Related Vehicl | 12/01/23 11:30:33 | 2) [state:] FL | | DELGAA |
| P178 | 8047 | ENT | Entered Related Name | 12/01/23 11:30:34 | 1) [LastName:] FRANK [OLN:] F6521019 | | DELGAA |

Report Generated:   12/04/2023 16:13:26  | User ID:  DENNIA          Note: Comments may truncate in portrait. Use landscape to avoid truncation.

\\psoneapp\psapps\cad\prod\cad\rpt\EventHistory_Event_Portrait          Page 1 of 3

| Event ID: 2023-335-186 | Call Ref #:  34 | SUSPICIOUS INCIDENT at 2539-5 PALM BAY RD NE | | | | |
|---|---|---|---|---|---|---|
| P178 | 8047 | ... | Entered Related Name. 12/01/23 11:30:34  2) FL | | | DELGAA |
| P178 | 8047 | C | Cleared | 12/01/23 11:58:51 | NR [NR] | NR | DAYS |

| Event Log | | | | | | |
|---|---|---|---|---|---|---|
| Unit | Empl ID | Type | Description | Time Stamp | Comments (may truncate in portrait) | Close Code | User |
| | | TR | Time Received | 12/01/23 11:07:28 | By: PHONE | | ROSADM |
| | | ENT | Entered Street | 12/01/23 11:07:38 | 2539-5 PALM BAY RD NE | | ROSADM |
| | | ENT | Entered Nature | 12/01/23 11:07:40 | SUSPICIOUS PERSON | | ROSADM |
| | | FF | Fast Forward to LAW | 12/01/23 11:07:40 | LAW | | ROSADM |
| | | ARM | Added Remarks | 12/01/23 11:07:46 | | | ROSADM |
| | | ARM | Added Remarks | 12/01/23 11:07:50 | | | ROSADM |
| | | ARM | Added Remarks | 12/01/23 11:08:01 | | | ROSADM |
| | | VEV | Viewed Event | 12/01/23 11:08:04 | User First Viewed Event CAD | | DAYS |
| | | ARM | Added Remarks | 12/01/23 11:08:33 | | | ROSADM |
| | | ARM | Added Remarks | 12/01/23 11:08:49 | | | ROSADM |
| | | ARM | Added Remarks | 12/01/23 11:09:01 | | | ROSADM |
| | | ARM | Added Remarks | 12/01/23 11:09:31 | | | ROSADM |
| | | ARM | Added Remarks | 12/01/23 11:09:41 | | | ROSADM |
| | | ARM | Added Remarks | 12/01/23 11:09:54 | | | ROSADM |
| | | ARM | Added Remarks | 12/01/23 11:09:57 | | | ROSADM |
| | | ENT | Entered CallerName_C | 12/01/23 11:10:01 | UNK, NANCY | | ROSADM |
| | | CHG | Changed CallerAddress | 12/01/23 11:10:09 | 2539-5 PALM BAY RD NE --> EMPLOYE | | ROSADM |
| | | ENT | Entered CallerPhone | 12/01/23 11:10:12 | 3214092017 | | ROSADM |
| | | ARM | Added Remarks | 12/01/23 11:10:40 | | | ROSADM |
| | | FIN | Finished Call Taking | 12/01/23 11:11:42 | | | ROSADM |
| | | VEV | Viewed Event | 12/01/23 11:17:13 | User First Viewed Event CAD | | MACDOJ |
| P178 | 8047 | NCI | QRY: Vehicles | 12/01/23 11:30:31 | Unit:P178 TAG=Y636MU STATE=FL VIN | | Unit:P178 |
| P178 | 8047 | NCI | QRY: Names | 12/01/23 11:30:31 | 1) Unit:P178 LNAME= FNAME= DOB= S | | Unit:P178 |
| P178 | 8047 | ... | QRY: Names... | 12/01/23 11:30:31 | 2) OLN=F652101931220 OLN= S2SAge | | Unit:P178 |
| | | ARM | Added Remarks | 12/01/23 11:41:23 | | | Unit:P178 |
| | | RS | Reset Watchdog Timer | 12/01/23 11:58:41 | Units: P178 | | DAYS |
| | | CHG | Changed Nature | 12/01/23 11:58:41 | SUSPICIOUS PERSON --> SUSPICIOU | | DAYS |
| | | ARM | Added Remarks | 12/01/23 12:15:37 | | | Unit:P178 |

*Event Report*

Event ID: 2023-335-186    Call Ref #: 34    **SUSPICIOUS INCIDENT** at 2539 S PALM BAY RD Ne

## Event Notes Addendum

Notes    SPOKE W COLBY HE WAS SERVING CIVIL PAPERWORK TO THE OFFICE  [12/01/23 12:15:37 Unit:P178]
Mr. Fine a public Representative felt threaten by the individuals at the door. It appears that Mr. Colby Plantiff in
the civil matter was self serving documents to Mr. Fine`s office during normal business hours. Employees from
the office refused to open the door to let them in. Mr. Colby called the officer several times when the employee at
the desk did not answer the phone. Employees seen Mr. Colby on the phone when the incoming call was coming
in, they still refused to open the door.

I attempted to call Mr. Colby several times yielding no answer. Advice was provided to Mr. Fine about an
injunction request during his civil matter if he feels threatened.

Vehicle that was at the business is registered to Mr. Colby. (Y636MU)  [12/01/23 11:41:23 Unit:P178]
COMPL IS AN EMPLOYEE //  [12/01/23 11:10:40 ROSADM]
REQ TO 56 //  [12/01/23 11:09:57 ROSADM]
STATING THAT THEY MAY HAVE HAD A PREV ALTERCATION W/ REP FINE //  [12/01/23 11:09:54
ROSADM]
NO CAMERAS ON THE PROP, BUT COMPL DID TAKE PICTURES //  [12/01/23 11:09:41 ROSADM]
BOTH SUBJ`S WERE WHT, BOTH MALE //  [12/01/23 11:09:31 ROSADM]
COMPL STATING THEY WERE IN THE OFFICE BUT DIDN`T ANSWER THE DOOR B/C THEY WERE VERY
AGGRESSIVE //  [12/01/23 11:09:01 ROSADM]
STATING IT LOOKED LIKE SOME SORT OF SUPENA BUT COMPL STATING IT DOESN`T LOOK OFFICIAL //
 [12/01/23 11:08:49 ROSADM]
STATING THEY LEFT & CAME BACK, TRIED THE DOOR AGAIN & PUT SOMETHING IN THE MAILBOX //
[12/01/23 11:08:33 ROSADM]
REF TWO 13P`S THAT CAME UP TO THE DOOR, TRIED TO GET IN, THE DOOR WAS LOCKED //  [12/01/23
11:08:01 ROSADM]
COMPL WAS TOLD TO CALL & REPORT //  [12/01/23 11:07:50 ROSADM]
T/D OF ABOUT 45 MINS //  [12/01/23 11:07:46 ROSADM]

**Attachment Y**

# USPS Tracking®

FAQs ›

Tracking Number:

**70221670000166191575**

Copy        Schedule a Redelivery (https://tools.usps.com/redelivery.htm)

## Latest Update

This is a reminder to arrange for redelivery of your item before December 4, 2023 or your item will be returned on December 5, 2023. You may arrange redelivery by using the Schedule a Redelivery feature on this page or may pick up the item at the Post Office indicated on the notice.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

**Delivery Attempt: Action Needed**
**Reminder to Schedule Redelivery of your item before December 4, 2023**

November 25, 2023

**Redelivery Scheduled for Next Business Day**

PALM BAY, FL 32905
November 6, 2023, 12:58 pm

**Redelivery Scheduled for Next Business Day**

PALM BAY, FL 32905
November 4, 2023, 12:18 pm

**Out for Delivery**

PALM BAY, FL 32905
November 4, 2023, 7:42 am

**Arrived at Post Office**

PALM BAY, FL 32905
November 4, 2023, 7:31 am

**Arrived at USPS Facility**

PALM BAY, FL 32905
November 4, 2023, 7:04 am

**Departed USPS Regional Facility**

SEMINOLE-ORLANDO FL DISTRIBUTION CENTER
November 4, 2023, 1:17 am

**Arrived at USPS Regional Facility**

SEMINOLE-ORLANDO FL DISTRIBUTION CENTER
November 3, 2023, 4:32 am

**Departed USPS Regional Facility**

WEST PALM BEACH FL DISTRIBUTION CENTER
November 3, 2023, 12:37 am

**Arrived at USPS Regional Origin Facility**

WEST PALM BEACH FL DISTRIBUTION CENTER
November 2, 2023, 11:22 pm

**Departed Post Office**

FORT PIERCE, FL 34981
November 2, 2023, 6:16 pm

**USPS in possession of item**

FORT PIERCE, FL 34981
November 2, 2023, 12:10 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

| Text & Email Updates | ⌄ |
|---|---|

| Schedule Redelivery | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less** ⌃

1/1/24, 11:37 PM                Full videos released of Fine hiding behind desk and his wife refusing subpoena - The Space Coast Rocket

Home › BCSO › Full videos released of Fine hiding behind desk and his wife refusing...

# FULL VIDEOS RELEASED OF FINE HIDING BEHIND DESK AND HIS WIFE REFUSING SUBPOENA

**DECEMBER 20, 2023**

BY **ROBERT BURNS**



There has been media coverage of a video that went viral over the weekend that appears to shows State Representative Randy Fine hiding under a desk from a process server trying to serve him a subpoena at his public office in Palm Bay.

Fine filed a complaint on his official letterhead and also made a criminal complaint to Brevard County Sheriff's Office over the matter.

Fine's version of events in his written complaint are below which was submitted to Chief Judge Crawford.

1/1/24, 11:37 PM    Full videos released of Fine hiding behind desk and his wife refusing subpoena - The Space Coast Rocket

## ATTACHMENT B



**District Office**
2536 Palm Bay Road NE
Suite 5
Palm Bay, FL 32905
(321) 409-2017
(321) 409-2019 (Fax)

**District Aide**
Nancy Bermier
Nancy.Bermier@myfloridahouse.gov

**Tallahassee Office**
214 HOB
402 South Monroe Street
Tallahassee, FL 32399-1300
(850) 717-5033
Randy.Fine@myfloridahouse.gov

**Legislative Aide**
Anna Budko
Anna.Budko@myfloridahouse.gov

## Randy Fine
### Florida House of Representatives
State Representative, District 33

October 31, 2023

To Whom It May Concern:

I am writing to file a complaint regarding the behavior of Attorney Jessica Travis and her investigator, "John."

On Friday, October 26th, an unknown man came to my home and banged on the door repeatedly until it was opened. I was out of state at the time, and the man demanded that the individual who was at the house accept service of a document. She refused and he left a document taped to the door that purported to be a subpoena demanding my presence at a deposition five business days later, on November 3rd, involving a lawsuit to which I am not a party.

Yesterday, on Monday, October 30th, a man again came to my home and banged on the door repeatedly until it was opened. I was not at home at the time, and the man demanded that the individual at the house again accept service of a document. She again refused (it was a different person), and he again left a document taped to the door similar to the previous document.

Shortly thereafter, a man appeared at my office. Due to security threats as a result of the antisemitic activities taking place around our state, we have a sign out front stating our office does not accept walkins and appointments must be made by phone. The man did not call the office seeking entrance but began banging on the door and windows demanding entrance. Pursuant to our safety protocols, we took cover. The man continued, for at least 15 minutes, banging on the door as well as windows to my office. Even more threatening, he placed his cellphone against the windows theoretically attempting to obtain video through the glass door and windows.

Later that afternoon, we picked up a voicemail from Ms. Travis which I am transcribing here in full.

"This is attorney Jessica Travis. My investigator is attempting to serve a subpoena on Mr. Fine. We know he is present, and we have him on video ducking down behind his desk. My suggestion, other than doing a motion in this regard and making the video public in that respect, is that Mr. Fine simply goes to the door and accept subpoena. So, I wanted to let you know that my investigator is there his name is John, and this is Jessica Travis, or you can call contact me at my office at (321) 728-7280 or just walk out and get the subpoena from John."

**Committees and Subcommittees:**
Chairman, Health & Human Services Committee
Education & Employment Committee
Brevard County Delegation

2d Motion to Disqualify; 22/35

October 31, 2023                                    2

To Whom It May Concern

I am filing this complaint because Ms. Travis' voicemail appears to be some kind of threat to release video that she believes is embarrassing in order to effectuate service, which seems highly unethical, if not blackmail or extortion.  In addition, the threatening behavior of her investigator, who she has identified as "John," with banging on glass doors and windows repeatedly while attempting to film inside again seems highly inappropriate, if not illegal.

Beyond that, demanding a State Representative provide a deposition with less that a week's notice seems unreasonable.  Lastly, Ms. Travis's efforts to flout Florida Statute 11.111, which makes me immune from any such deposition on Friday is a gross violation of her oath to uphold the law.

I hope you will take swift disciplinary action against Ms. Travis and "John."  Please contact me further if I can provide any additional information.  I appreciate your prompt attention to this matter.

Regards,

Randy Fine
State Representative, District 33

CAROL J. RICHARDSON
Commission # HH 430647
Expires December 7, 2027

Carol J. Rich
10/31/23

2d Motion to Disqualify, 23/35

In an article by Florida Today, Fine made the following comments on the record.

*"The doctored video only a shows a few seconds of over 15 minutes of violent banging on the doors and windows which only ended after an employee of an adjoining office confronted the assailant,"* Fine wrote.

*"After working with law enforcement, the Representative learned that the man taking the video was impersonating a process server, and at the direction of Jenkins, committed multiple serious crimes,"* he wrote, adding that he planned to press charges against Jenkins, Travis and others over the incident.
*"Until those arrests are made, there will be no further comment,"* he added in the statement.

Below are the videos recorded by the process server of the incidents. Readers can decide for themselves if Fine's version of events matches up with the video evidence.

The sign on Fine's door has been there since Covid, not as a result of October 7th. Here is a screenshot from the street view of Google Maps a year ago.



In this video, his office assistant is also seen hiding.

Immediately after the attorney called and left a voicemail stating they were trying to serve Fine, the process server returned to the door, repeatedly identifying himself to try and serve the

subpoena once again. This time, they had turned off all of the lights. His shirt which says the name of his investigation company can be send in the reflection.

Fine did not show up for the deposition and the below motion for contempt of court was filed.

---

Filing # 187135885 E-Filed 11/30/2023 09:43:29 PM

EIGHTEENTH JUDCIAL CIRCUIT
IN AND FOR BREVARD COUNTY,
FLORIDA

JENNIFER JENKINS,

      Plaintiff,

v.                                          CASE NO. 05-2023-CA-018437-XXXX-XX

BREVARD COUNTY SCHOOL
BOARD; and
MATTHEW SUSIN,
in his official and individual
capacity,

      Defendants.
_____/

### JENNIFER JENKINS' MOTION FOR ORDER TO SHOW CAUSE REQUIRING RANDY FINE TO SHOW WHY HE SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR FAILING TO APPEAR FOR DEPOSITION AND FOR SANCTIONS

      COMES NOW Plaintiff JENNIFER JENKINS, by and through undersigned counsel Jessica J. Travis, and hereby moves this Court for an order to show cause: a) requiring non-party witness Randy Fine to show why he should not be held in contempt of court for failing to appear for deposition on November 29, 2023; and b) requiring Randy Fine and attorney Alan Landman to show why they should not be sanctioned. In furtherance thereof, Plaintiff states and asserts:

1)   On November 29, 2023, Randy Fine failed to appear for Plaintiff's deposition. [Attachment A – Certificate of non-appearance.]

2)   On October 30, 3023, valid substitute service was made on Randy Fine's wife pursuant to § 48.031(2)(a), Fla. Stat. [Attachment B - Return of Service [Dkt. 59, 11-27-23.] The substitute service was also videotaped.

Filing 187135885          Jenkins Motion For Order To Show Cause, 1/35          05-2023-CA-018437-XXXX-XX

Page 1 / 35          Zoom 100%

**Attachment Z**

1/1/24, 11:33 PM

Antisemitic activist seeks over $666K from Florida lawmaker after being called 'Nazi'

NEWS        WEATHER        NEWS 6+        GETTING RESULTS.        TRAFFIC        FEATURES        SPORTS

## LOCAL NEWS

# Antisemitic activist seeks over $666K from Florida lawmaker after being called 'Nazi'

Randy Fine said he was confronted by a member of an antisemitic group earlier this month

**Anthony Talcott**, Digital Journalist

Published: **October 24, 2023 at 7:46 PM**
Updated: **October 24, 2023 at 8:38 PM**

Tags: **Randy Fine, Courts, Strange Florida, Politics, Brevard County, Cocoa**



*Florida Rep. Randy Fine announced earlier this month that he had been confronted by members of an antisemitic group on the way to a public speaking event. (Copyright 2023 by WKMG ClickOrlando - All rights reserved.)*

   

**BREVARD COUNTY, Fla.** – A member of an antisemitic group in Florida is suing a state lawmaker after being called a "Nazi" earlier this month, according to court records filed on Monday.

The lawsuit — filed by Colby Frank of the antisemitic Goyim Defense League — says that Frank approached Florida Rep. Randy Fine on Oct. 4 over Fine's support for **House Bill 269**.

Recommended Videos



NOW PLAYING

Deltona standoff...

Orlando man freed...

$100 million for ...

Orange County



*Antisemitic activists organized near a speaking event Rep. Randy Fine was attending on Oct. 4, according to Fine. Image has been blurred due to offensive content. (Randy Fine)*

Frank then challenged Fine, who is Jewish, to a debate about "Jewish political involvement in multiple progressive political theaters," the lawsuit states.

According to Frank, Fine called him "scum, Nazi" and other names, adding, "You're lucky I don't punch you in the (expletive) face."

After a continued back-and-forth with Fine, Frank and his cohorts left the area for nearly two hours, the lawsuit says.

Following the encounter, Fine announced that he had been "jumped" by a member of the GDL while attending a meeting for the Brevard Federated Republican Women in Cocoa.

Fine posted on social media that after the incident, he was considering the idea of making it legal to punch a Nazi.

 **State Representative Randy Fine** 
about 3 months ago

Yesterday, while entering the Space Coast Convention Center in Cocoa, I was ambushed and jumped by a literal Nazi. He and his friends had been tracking my schedule, learned I was speaking to a Republican Club, and literally jumped out of the bushes as I tried to enter the facility. Fortunately (or more accurately unfortunately), this wasn't my first rodeo with Jew haters, and I'm pleased to share it didn't turn out how he hoped. That said, this represents an escalation in the threat these Nazis present and I'll be considering next steps. One idea? Make it legal to punch a Nazi.

28          42          2

As a result, Frank accused Fine of communicating "libelous and slanderous materials on (Twitter)."

He also accused Fine of making threats, cyber-intimidation and conspiring against rights, among other claims.

"Defendant Fine has a long history of conspiring with other political agents and agencies against protected free speech activities as well as abusing his position as a legislative representative to attack the voice of other political positions," Frank's lawsuit reads.

Frank claims in his lawsuit that thanks to his picture being spread in news stories covering the encounter, he now has "irreparable damage to character" that could impact his career prospects in the aerospace industry.

Due to this, court records show that Frank is seeking $666,666 in damages, and demands that Fine make a public apology and debate Frank live on Fox 35.

Earlier this year, Frank was among several antisemitic activists **who threatened to sue Volusia County Sheriff Mike Chitwood** after Chitwood held a news conference about their activities.

The activists filed notices of intent to sue Chitwood, claiming that his comments put them at risk.

"What their tactic is — the 'master race' is — is they filed a complaint against me with the Department of Justice, which went nowhere," Chitwood announced after receiving the notices. "They filed an ethics complaint against me, which is going nowhere. So now, they have filed a frivolous lawsuit, furthermore, telling me I have to hold a press conference to talk about their group, and they're demanding $100,000. So here's the way I look at it: like you and your organization, you're a bunch of pieces of (explicit)."



**Mike Chitwood**
@SheriffChitwood · **Follow**

The white "master race" scumbag losers who like to harass innocent people have put their brilliant minds together and sent me the dumbest notices of intent to sue I have ever received, and that's saying something. Here's my response

X

Watch on X

2:48 PM · Jun 6, 2023

♥ 882    💬 Reply    ⬆ Share

**Read 236 replies**

In that case, Frank also demanded an apology, a debate, and either $100,000 or "50 1 Oz of solid gold."

In response, Chitwood said he would be mailing out pacifiers that read, "Mike Chitwood hurt my feelings" to each of the members who issue a notice.

News 6 has reached out to Randy Fine for comment on the recent lawsuit and is awaiting a response.

*The full lawsuit can be read by scrolling down to the media viewer below.*

Colby v Fine by Anthony Talcott on Scribd

# United States District Court
# Middle District of Florida
# Orlando Division

Case No. 6:23-cv-2043-PGB-RMN

Frank v. Fine

## **Military Affidavit**

Defendant Fine is not currently active duty in the Armed Forces of the United States pursuant to DoD Directive 1344.10 F(2)(b).

UU1-308   w/o prejudice

Colby-A: Frank

941-275-5712

PO Box 13264,

Ft. Pierce, Florida, 34979

# **CERTIFICATE OF SERVICE**

I CERTIFY that a copy of this motion was served through the U.S. Mail Certified to the office of Randy Fine at 2539 Palm Bay Rd NE #5, Palm Bay, FL 32905.

*UCC-1-308 W/O Prejudice*

/s/ Colby-A: Frank

**To:** Office of Randy Fine
State of Florida
Randy-Fine: Trustee of the Social Security Cestui que Trust
COLBY ALEXANDER FRANK and d/b/a RANDY FINE Florida State Representative, a
taxpayer[4]
Office of Randy Fine
State of Florida
Suite 5
2539 Palm Bay Road Northeast
Palm Bay, FL 32905-3534

**From:** Colby-Alexander: Family of Frank, beneficiary, Trustor, and Secured-party to the Social Security
Cestui que Trust account COLBY ALEXANDER FRANK
Without prejudice
Po Box 13264
Fort Pierce, Fl
[34979]
941-275-5712

*Harley Petero*

**COMPLETION OF SERVICE BY** ~~JON EUGENE MINADEO H~~:

**Re:** **FEDERAL SLANDER AND CIVIL RIGHTS LAWSUIT:**
**the facts of the Conditional Agreement herein attached and prepared and served in**
**accordance to proper service process: <u>are conditionally accepted by me with the following</u>**
**<u>conditions</u>:**

I officially offer a conditional acceptance. In accordance with the proper service process.

Be it known the conditional acceptance of my offer through a service processor to yourself
directly or an authorized agent thereof establishes common law contract between us under the
general principle acceptance communicated to the offeror of the postal rule[5] Which states:

The **postal rule**[5] also known as the "**mailbox rule**" or "**deposited acceptance rule**") is a term of <u>common law contract</u> which determines the
timing of acceptance of an offer when mail is contemplated **"as the medium of acceptance"** the general principle is that a contract is formed
when an acceptance is actually communicated to the offeror. The mailbox rule is an exception to the general principle. The **"mail box rule"**
provides that the contract is formed when a properly pre-paid and properly addressed letter of acceptance is posted. One rationale given for the
rule is that the offeror nominates the post office as applied agent and thus the receipt of acceptance by the post office is regarded as that of the
offeree. The main effect of the **"mail box rule"** is that the risk of acceptance being delivered late or lost in the post is placed on upon the offeror.
If the offeror is reluctant in accepting this risk, he can always require actual receipt before being legally bound by law.

**CONDITIONAL ACCEPTANCE of engagement in this federal lawsuit:**
**Federal lawsuit attached herein provided and served with evidence attachments to:**
Randy-Fine: d/b/a Trustee of the Social Security Cestui que Trust
COLBY ALEXANDER FRANK and d/b/a RANDY FINE Florida State Representative, a
taxpayer[4]
Office of Randy Fine
State of Florida

Suite 5
2539 Palm Bay Road Northeast
Palm Bay, FL 32905-3534



## Conditional Acceptance of Your Offer

### Conditions:

As Trustor Settlor to the Trust COLBY ALEXANDER FRANK, I offer you the attached federal lawsuit with evidence provided.

You have 30 days from the date herein to provide a response to myself and the court.

If on the other hand you do not respond in the time allotted, 30 days from the date herein to myself the man and the clerk of the court, and no written request for an extension of time providing you an additional 30 days is received by either myself or the court you hereby contract to the following.

A motion for summary judgment will be filed for the full amount demanded within the lawsuit and a writ of quo warranto will be requested against you.

Be it known the service process acceptance of my offer establishes common law contract. Between us under the postal rule Which states:

The **postal rule** also known as the **"mailbox rule"** or **"deposited acceptance rule"**) is a term of <u>common law contract</u> which determines the timing of acceptance of an offer when mail is contemplated **"as the medium of acceptance"** the general principle is that a contract is formed when an acceptance is actually communicated to the offeror. The mailbox rule is an exception to the general principle. The **"mail box rule"** provides that the contract is formed when a properly pre-paid and properly addressed letter of acceptance is posted. One rationale given for the rule is that the offeror nominates the post office as applied agent and thus the receipt of acceptance by the post office is regarded as that of the offeree. The main effect of the **"mail box rule"** is that the risk of acceptance being delivered late or lost in the post is placed on upon the offeror. If the offeror is reluctant in accepting this risk, he can always require actual receipt before being legally bound by law.

**A wet signed copy of the "Frank v. Fine" is attached.**

**With Honorable Intent,**

*UCC 1-308 W/O Prejudice*

Authorized Representative

**Footnote 1:** TRUSTOR.  One who creates a trust. Also called settlor. Ulmer v. Fulton, 129 Ohio St. 323, 195N.E. 557, 564, 97 A.L.R. 1170.
**Footnote 2:**   BENEFICIARY.   One for whose benefit a trust is created; a Cestui que Trust[6]. 195 N.E. 557, 564, 97A.L.R. 1170. A person having the enjoyment of property of which a trustee, executor, etc., has the legal possession. The person to whom a policy of insurance is payable. Parrott Estate Co. v. McLaughlin, D.C. Cal., 12 F. Supp. 23, 25; Odom v. Prudential Ins. Co. of America, 173 Or. 435, 145P.2d 480, 482. One receiving benefit or advantage, or one who is in receipt of benefits, profits, or advantage. Bauer v. Myers, C.C.A. Kan., 244 F. 902,908. For "Favored Beneficiary," see that title.
**Footnote 3:** TRUSTEE. The person appointed, or required by law, to execute a trust; one in whom an estate, interest, or power is vested, under an express or implied agreement to administer or exercise It for the benefit or to the use of another called the Cestui que Trust[6]. Pioneer Mining Co. v. Ty-berg, C.C.A. Alaska, 215 F. 501, 506, L.R.A.1915B,442; Kaehn v. St. Paul Co-op.  Ass'n, 156 Minn. 113,194 N.W. 112; Catlett v. Hawthorne, 157 Va. 372,161 S.E. 47, 48. Person who holds title to res and administers it for others' benefit. Reinecke v. Smith, Ill., 53 S.Ct. 570,

289 U.S. 172, 77 L. Ed. 1109. In a strict sense, a "trustee" is one who holds the legal title to property for the benefit of another, while, in a broad sense, the term is sometimes applied to anyone standing In a fiduciary or confidential relation to another, such as agent, attorney, bailee, etc. State ex rel. Lee v. Sartorius, 344 Mo. 912, 130 S.W.2d 547, 549, 550. "Trustee" is also used in a wide and perhaps inaccurate sense, to denote that a person has the duty of carrying out a transaction, in which he and another person are interest-ed, in such manner as will be most for the benefit of the latter, and not in such a way that he himself might be tempted, for the sake of his personal advantage, to neglect the interests of the other. In this sense, directors of companies are said to be "trustees for the shareholders." Sweet. Trustees is plural for Trustee. Trustee's can imply "Trustee is".

defines "

**Footnote 4:** TAXPAYER.  Section 7701(a)(14) defines "taxpayer" as **"any person" subject to any internal revenue tax**, and section 7701(a)(1) person" to include an individual, trust, estate, partnership, or corporation.

**Footnote 5:**  The **postal rule** also known as the **"mailbox rule"** or **"deposited acceptance rule"**) is a term of common law contract which determines the timing of acceptance of an offer when mail is contemplated **"as the medium of acceptance"** the general principle is that a contract is formed when an acceptance is actually communicated to the offeror. The mailbox rule is an exception to the general principle. The **"mail box rule"** provides that the contract is formed when a properly pre-paid and properly addressed letter of acceptance is posted. One rationale given for the rule is that the offeror nominates the post office as applied agent and thus the receipt of acceptance by the post office is regarded as that of the offeree. The main effect of the **"mail box rule"** is that the risk of acceptance being delivered late or lost in the post is placed on upon the offeror. If the offeror is reluctant in accepting this risk he can always require actual receipt before being legally bound by law.

Footnote 6:  Cestui que Trust[6]. The person for whose benefit a trust is created or who is to enjoy the income or the avails of it.

**Footnote 6:CESTUI QUE TRUST**. A barbarous phrase, to signify the beneficiary of an estate held in trust. He for whose benefit another person is enfeoffed or seised of land or tenements, or is possessed of personal property. The cestui que trust is entitled to receive the rents and profits of the land; he may direct such conveyances, consistent with the trust, deed or will, as he shall choose, and the trustee (q. v.) is bound to execute them; he may defend his title in the name of the trustee. 1 Cruise, Dig. tit. 12, c. 4, s. 4; vide Vin. Ab. Trust, U, W, X, and Y. 1 Vern. 14; Dane's Ab. Index, h.t.; 1 Story, Eq. Jur. Sec. 321, note 1; Bouv. Inst. Index, h.t. "Cestui que Trust". *Merriam-Webster.com Legal Dictionary*, Merriam-Webster, https://www.merriam-webster.com/legal/cestui%20que%20trust. Accessed 3 Oct. 2022.

" (E)very taxpayer is a Cestui que Trust having sufficient interest in preventing abuse of the Trust to be recognized in the field   of this court's prerogative jurisdiction as a realtor in the proceedings to set sovereign authority in motion by action____."  In re Bolens 135, N.W. Rep. 164 (1912) Supreme Court of Wisconsin

" A Public official is a fiduciary toward the public, including in the case of a judge, the litigants that appear before him and if he deliberately conceals material information from them he is guilty of fraud "  United States v. Holzer 816 F.2d 304, 307(1987) Public officers are the "Trustees(s) and servant(s) of the people." Georgia Department of Human Resources v. Sistrunk 291 S.E. 2d 524, 536(1982) "Public Office" is a public trust or agency for the benefit of the people to be *administered under legislative control in the interest of the people* State ex rel Nagle v. Sullivan 45 F.2d 993, 997, Supreme Court of Montana(1935).

**Notary Template**

State of: _FLORIDA_

County of _Port St Lucie_

On _1 / 1 / 24_, before me,

_____,

Personally appeared,

_Colby Frank_,

[ __ ] Personally known to me

OR

[ ✓ ] Proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and has hereby acknowledged to me that he/she/they have executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal

_Roberta Rosenblatt_
Notary Signature

_Roberta Rosenblatt_
Print Name

ROBERTA ROSENBLATT
Notary Public - State of Florida
Commission # HH 429616
My Comm. Expires Aug 3, 2027