# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

COLBY ALEXANDER FRANK,

    Plaintiff,

    v.

RANDY FINE,

    Defendant.

Case No. 6:23-cv-2043-PGB-RMN

## ORDER

This cause comes before the Court for consideration without oral argument on Plaintiff's motion for entry of a clerk's default (Dkt. 21) and Plaintiff's motion for a default judgment (Dkt. 22), each of which were filed January 2, 2023.

In his motions, Plaintiff asserts that he has served process on Defendant Randy Fine. He has not. Federal Rule of Civil Procedure 4(e) requires a plaintiff to serve a summons and a copy of the complaint on an individual defendant. Plaintiff has not applied to the Clerk for issuance of a summons. Nor has the clerk issued a summons for service. Plaintiff thus could not have effected service on Defendant. Furthermore, the Clerk of Court would not issue a summons in this case because Plaintiff has not paid the fee required to

- 2 -

initiate a civil action. Nor has Plaintiff been granted leave to proceed in this action without first paying his filing fees.

To be clear, this case will not proceed until the Court issues an order authorizing Plaintiff to proceed *in forma pauperis* or Plaintiff pays the Clerk the fee for filing a civil action. Plaintiff may not serve any filings or other papers on Defendant unless ordered to do so by the Court.

Accordingly, it is **ORDERED**:

1. Plaintiff's motion for entry of a clerk's default (Dkt. 21) is **DENIED**; and

2. Plaintiff's motion for a default judgment (Dkt. 22) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida, on January 5, 2024.

_____
ROBERT M. NORWAY
*United States Magistrate Judge*

Copies to:

Colby Alexander Frank
P.O. Box 13264
Fort Pierce, Florida 34979