# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| COLBY ALEXANDER FRANK, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>RANDALL ADAM FINE (a/k/a RANDY FINE) in his official capacity as Member of the Florida House of Representatives for the 33rd Congressional District of the State of Florida; and in his individual capacity; and DOES 1-99;<br><br>        Defendants. | Case No.: 6:23-cv-2043-PGB-RMN<br><br>**PLAINTIFF'S THIRD AMENDED COMPLAINT**<br><br>**JURY TRIAL DEMANDED**<br><br>(1) DEFAMATION<br>(2) INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS<br>(3) FALSE IMPRISONMENT<br>(4) INVASION OF PRIVACY<br>(5) DEPRIVATION OF CIVIL RIGHTS, 42 U.S.C. § 1983<br>(6) CONSPIRACY, 18 U.S.C. § 241 |

## AFFIDAVIT OF IMPECUNIOUS STATUS

1. My name is Colby A Frank. I am the Plaintiff in Case number 6:23-cv-2043-PGB-RMN.

2. This is a lawsuit brought pursuant to 42 U.S.C. § 1983 to recover damages for First Amendment Retaliation and Conspiracy to Commit First Amendment Retaliation; as well as State Law causes of action for defamation, intentional infliction of emotional distress, false imprisonment, and invasion of privacy.

3. I hereby certify that I believe I am entitled to redress in the case cited above.

4. I further certify that I am unable to pay or give security for costs associated with filing this lawsuit without significant hardship and still provide myself with the necessities of life including food and shelter.

/s/Colby Alexander Frank
Pro Se
January 18, 2024
