IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

COLBY ALEXANDER FRANK, an individual,

    Plaintiff,

v.

RANDALL ADAM FINE (a/k/a RANDY FINE) in his official capacity as Member of the Florida House of Representatives for the 33rd Congressional District of the State of Florida; and in his individual capacity; and DOES 1-99;

    Defendants.

Case No.: 6:23-cv-2043-PGB-RMN

**PLAINTIFF'S RULE 65 MOTION FOR EMERGENCY TEMPORARY RELIEF**

## PLAINTIFF'S RULE 65 MOTION FOR PRELIMINARY INJUNCTIVE RELIEF

**Whereas** Plaintiff has plans to engage in constitutionally protected speech activities on February 18, 2024, outside the Superspeedway at the Daytona 500 in Daytona Beach, Volusia County, Florida; TAC (ECF 25) ¶ 75 ("to distribute his leaflets outside the superspeedway"); Motion to Supplement (ECF 29) ¶ 5;

**Whereas** in his Third Amended Complaint, Plaintiff specifically prayed for "emergency preliminary injunctive relief as to the unconstitutional enforcement of the Florida litter law F.S. 403.413 and its new hate crime enhancement H.B. 269, as well as a writ of injunction against all law enforcement agencies attempting to persecute, arrest, or otherwise harass plaintiff for engaging in constitutionally protected literature distributions, including specifically the Palm Beach County Sheriff's Office and the Volusia County Sheriff's Office, where Plaintiff plans to again attend the 2024 Daytona500 to distribute his leaflets outside the superspeedway." TAC ¶ 75; Motion to Supplement ¶ 5;

**Whereas** Plaintiff's stated intent remains to engage in constitutionally protected speech activities including "hand to hand distributions of religious and political literature" and "inviting political and other influential figures to debate, public speaking, and campaigning…" TAC ¶ 75; Motion to Supplement ¶ 5;

**Plaintiff hereby moves** this court under Fed. R. Civ. P. 65 to enter an order granting Plaintiff's request for emergency injunctive relief. A proposed order is appended hereto.

Respectfully submitted this 14th day of February, 2024,

/s/ Colby Alexander Frank

***Pro Se / In Forma Pauperis***
PO Box 13264
Fort Pierce, FL

## **PROPOSED ORDER GRANTING PLAINTIFF'S RULE 65 MOTION FOR PRELIMINARY INJUNCTIVE RELIEF**

On January 16, 2024, Plaintiff Colby Alexander Frank filed his operative Complaint for damages and injunctive relief against Defendants Randall Adam Fine (a/k/a/ Randy Fine) et al., asserting claims for First Amendment retaliation (42 U.S.C. § 1983), conspiracy to engage in First Amendment retaliation (18 U.S.C. § 241), defamation, intentional infliction of emotional distress, false imprisonment, and invasion of privacy. ECF 25.

On February 2, 2024, Plaintiff Colby Alexander Frank filed his Motion for Leave to Supplement Plaintiff's Third Amended Complaint under Fed. R. Civ. P. 15(d), setting forth additional facts in support of Plaintiff's claims for damages and injunctive relief. ECF 29.

After due consideration of the aforementioned pleadings, the Court hereby **ORDERS** that the VOLUSIA COUNTY SHERRIFF'S OFFICE, PALM BEACH COUNTY SHERRIFF'S OFFICE, and all other State and local law enforcement agencies and their representative agents, servants, and employees be **PRELIMINARILY ENJOINED** from:

1) Prohibiting, obstructing, or arresting Plaintiff for engaging in literature distribution activities, including hand-to-hand flyer distributions, placing leaflets under windshield wipers of parked cars, house to house distributions of literature bound and weighted as to not become litter by the elements, etc; and

2) Arresting or detaining Plaintiff for misdemeanors or infractions lacking injury and a sixth amendment accuser as retaliation for who Plaintiff is; and

3) Detaining Plaintiff on February 18, 2024, for engaging in political speech activities.

Because Plaintiff is proceeding *in forma pauperis*, the requirement for Security under Rule 65(c) is hereby **WAIVED**.

It is further **ORDERED** that this Order will expire on ___ unless extended by the Court.

It is so **ORDERED**.

SIGNED this ___ day of February, 2024

_____
Robert M. Norway
*United States Magistrate Judge*
