IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| COLBY ALEXANDER FRANK, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RANDALL ADAM FINE (a/k/a RANDY FINE) in his official capacity as Member of the Florida House of Representatives for the 33rd Congressional District of the State of Florida; and in his individual capacity; and DOES 1-99;<br><br>　　　　Defendants. | Case No.: 6:23-cv-2043-JSS-RMN<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DOE DEFENDANTS PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DOE DEFENDANTS PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Colby Alexander Frank hereby gives notice that Defendants DOES 1-99 are voluntarily dismissed. For the reasons set forth in Plaintiff's Written Objections, Plaintiff seeks to proceed in this action against Defendant Fine only (*See* Doc. 34 at 12). Defendant has not served an answer in this action.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　March 27, 2024

　　　　　　　　　　　　　　　　　/s/ Colby Alexander Frank
　　　　　　　　　　　　　　　　　*Pro Se*
　　　　　　　　　　　　　　　　　PO Box 13264
　　　　　　　　　　　　　　　　　Fort Pierce, FL