IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| COLBY ALEXANDER FRANK, an individual,<br><br>        Plaintiff,<br>v.<br><br>RANDALL ADAM FINE (a/k/a RANDY FINE) in his official capacity as Member of the Florida House of Representatives for the 33rd Congressional District of the State of Florida; and in his individual capacity;<br><br>        Defendant. | Case No.: 6:23-cv-2043-JSS-RMN<br><br>**MEMORANDUM TO FILING CLERK** |

## MEMORANDUM TO FILING CLERK

Plaintiff requests that the Clerk correct Dkt. # 37 to remove any referral to the Magistrate Judge and require a ruling by the District Court.

Document 37 is Plaintiff's Motion for Service of Process on Defendant Randy Fine with accompanying attachments: Proposed Summons (Doc. 38) and a copy of the Third Amended Complaint terminating Does 1-99 (Doc. 39).

Magistrate Judge Robert M. Norway has already issued two Reports and Recommendations substantively addressing the matters contained in the Motion. (*See* Doc. 31, Doc. 32). Plaintiff has filed Written Objections to the Magistrate's Reports and Recommendations (Doc. 34). The District Court has

not yet ruled on Plaintiff's Written Objections to the Magistrate Judge's Reports and Recommendations.

Because the relief sought in Plaintiff's Motion for Service of Process necessarily requires resolution of Plaintiff's Written Objections (Doc. 34), and the District Court's adjudication of Plaintiff's Written Objections is still pending, Dkt. # 37 should not be referred to the Magistrate Judge.

Respectfully submitted,

March 27, 2024

/s/ Colby Alexander Frank
*Pro Se*
PO Box 13264
Fort Pierce, FL