# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

COLBY ALEXANDER FRANK,

    Plaintiff,

v.

RANDALL ADAM FINE,

    Defendant.

Case No. 6:23-cv-2043-JSS-RMN

## ORDER

This cause comes before the Court for consideration without oral argument on Plaintiff's Memorandum to Filing Clerk (Dkt. 40), filed March 27, 2024. The Clerk docketed this document as a motion, and it has been referred to me. In it, Plaintiff asks the Clerk to "remove any referral to the Magistrate Judge and require a ruling by the District Court." Dkt. 40 at 1. Although unclear, Plaintiff appears to believe the District Judge has referred the objections Plaintiff filed in response to two reports and recommendations entered on February 16, 2024, to the assigned Magistrate Judge. *See id.*

The motion is denied. The objections are not referred to the assigned Magistrate Judge for adjudication. The assigned District Judge will rule on the objections, in accordance with 28 U.S.C. § 636(b)(1)(C).

If Plaintiff intended the motion as a request for expediated review of his objections, the motion is also denied. The District Judges in the Orlando Division of the Middle District of Florida preside over a significant number of criminal and civil matters simultaneously. The Court will adjudicate the pending objections in due course, taking in consideration its entire workload, absent a showing of extraordinary circumstances. *See, e.g.*, Local Rule 3.01(e) (explaining the requirements for motions seeking emergency or time-sensitive relief).

Accordingly, it is **ORDERED** that Plaintiff's Memorandum to Filing Clerk (Dkt. 40) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida, on April 4, 2024.

_____
ROBERT M. NORWAY
*United States Magistrate Judge*

Copies to:

Colby Alexander Frank
P.O. Box 13264
Fort Pierce, Florida 34979