# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| COLBY ALEXANDER FRANK, <br><br> Plaintiff, <br><br> v. <br><br> RANDALL ADAM FINE (a/k/a RANDY FINE) in his official capacity as Member of the Florida House of Representatives for the 33rd Congressional District of the State of Florida; and in his individual capacity <br><br> Defendant. | Case No.: 6:23-cv-2043-JSS-RMN |

## MOTION FOR EXTENSION OF TIME TO FILE THIRD AMENDED COMPLAINT

Plaintiff Colby Frank requests 34 additional days to prepare his Third Amended Complaint, with a requested filing deadline of August 14, 2024.

This Court entered its order on June 26, 2024, (Dkt 45), directing Plaintiff to file an amended complaint, if any, within 21 days "that complies with this order, the prior orders of the court, the court's Local Rules, and the Federal Rules of Civil Procedure." Dkt 45 at 12.

1

Mr. Frank is working diligently to prepare a Third Amended Complaint consistent with the Court's instructions. In large part because Plaintiff is not represented by counsel, he is asking for additional time to prepare an amendment that satisfies this court's concerns, especially to review and ensure—to the best of his abilities—compliance with this court's local rules and the federal rules of civil procedure.

Respectfully submitted this July 11, 2024.

/s/ Colby Alexander Frank

***Pro Se / In Forma Pauperis***
PO Box 13264
Fort Pierce, FL 34979
941-275-5712