# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| COLBY ALEXANDER FRANK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RANDALL ADAM FINE (a/k/a RANDY FINE) in his official capacity as Member of the Florida House of Representatives for the 33rd Congressional District of the State of Florida; and in his individual capacity<br><br>　　　　Defendant. | Case No.: 6:23-cv-2043-JSS-RMN<br><br>**PLAINTIFF'S SUPPLEMENT TO MOTION FOR EXTENSION OF TIME TO FILE THIRD AMENDED COMPLAINT (DKT. 46)** |

## PLAINTIFF'S SUPPLEMENT TO (DKT. 46) TO ADD CERTIFICATE OF CONFERENCE PURSUANT TO LOCAL RULE 3.01(g)

Pursuant to this Court's endorsed order dated July 19, 2024 (Dkt. 50), Plaintiff is filing this supplement to his Motion for Extension of Time to File a Third Amended Complaint (Dkt. 46). A certificate of conference pursuant to Middle District of Florida Local Rule 3.01(g) is provided below.

Plaintiff also notes for the record that Representative Fine has not entered an appearance in this case, so Plaintiff has no opposing party to confer with. The conference requirement of Local Rule 3.01(g) is therefore inapplicable. Plaintiff has nonetheless made a good faith effort to comply.

1

**Local Rule 3.01(g) Certification**

Defendant Representative Randy Fine has not been available at any point during these proceedings, either before or after the filing of this motion. After filing, Plaintiff has tried diligently for three days to contact the opposing party. See Local Rule 3.01(g)(3).

On Monday, July 22, 2024, at 11:55 PM Plaintiff sent email correspondence to Representative Fine with specific reference to this case number, and the docket numbers of this Court's endorsed order (Dkt. 50) as well as the pending motion (Dkt. 46). Representative Fine did not respond by the close of business on **Tuesday, July 23, 2024**.

On Tuesday, July 23, 2024, at 10:35 PM Plaintiff again sent email correspondence to Representative Fine with specific reference to this case number, and the docket numbers of this Court's endorsed order (Dkt. 50) as well as the pending motion (Dkt. 46). Representative Fine did not respond by the close of business on **Wednesday, July 24, 2024**.

On Thursday, July 24, 2024 at 12:00 AM Plaintiff again sent email correspondence to Representative Fine with specific reference to this case number, and the docket numbers of this Court's endorsed order (Dkt. 50) as well as the pending motion (Dkt. 46). Representative Fine did not respond by the close of business on **Thursday, July 24, 2024**.

All emails were sent to Representative Fine's official email address at Randy.Fine@myfloridahouse.gov. All emails directly referenced the "United States District Court for the Middle District of Florida. *Frank v. Fine*, No. 6:23-cv-02043-JSS-RMN (M.D. Fla.)" as well as docket numbers (Dkt. 46) and (Dkt. 50).

On Thursday, July 25, 2024, Plaintiff also attempted to reach Representative Fine's District and Capitol Offices by phone at (321) 409-2017 and (850) 717-5033, respectively. Plaintiff left voicemails and a callback number, but did not receive a call back by the close of business on Thursday, July 25, 2024.

*  *  *

Accordingly, Plaintiff requests that the pending motion (Dkt. 46) be considered UNOPPOSED, and that Plaintiff's Third Amended Complaint (Dkt. 48) be deemed the live pleading in this case. See *Oswald v. Diggs*, 2022 WL 2703431, at *1 (M.D. Fla.) (noting that "the Court recently amended Local Rule 3.01(g) to impose the good faith conferral requirement for motions to dismiss for failure to a state claim because parties can (and often should) just agree to amend the complaint.") (parenthesis in original).

Respectfully submitted this July 25, 2024.

/s/ Colby Alexander Frank
***Pro Se / In Forma Pauperis***
PO Box 13264
Fort Pierce, FL 34979
941-275-5712
