UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

COLBY ALEXANDER
FRANK,

    Plaintiff,

vs.

RANDALL ADAM FINE,

    Defendant.

Case No.
6:23-cv-2043-JSS-RMN

## ORDER

    This matter is before the Court on review of the docket. On November 13, 2024, the Court denied Plaintiff's Motion to Proceed *in forma pauperis* and ordered Plaintiff to pay the filing fee on or before December 6, 2024. Dkt. 57. On December 9, 2024, the Court granted Plaintiff additional time to pay the filing fee, until February 3, 2025. Dkt. 61. On that date, Plaintiff filed a "notice" to the Court with a photo of a money order and a USPS certified tracking number. Dkt. 63. Nevertheless, the Clerk's Office has informed the Court that on February 14, 2025, Plaintiff's check was returned to him because Plaintiff failed to provide a case number or name on the mailing. Plaintiff was reminded that he must include a proper case number and party name with all payments and filings to the Court to ensure that those documents/payments are filed under the correct case number. Additionally, Plaintiff failed to provide information

regarding what the payment was for. Because his mail was deficient in these ways, his money order was returned to him and the filing fee has not been paid.

Additionally, Plaintiff's time to serve Defendant Fine expired on February 11, 2025. *See* Fed. R. Civ. P. 4(m) (90 days from the date the Court denied Plaintiff's IFP Motion on November 13, 2024). Upon a review of the docket, it appears that Plaintiff has neither requested a summons nor attempted service on Defendant Fine. Unless Plaintiff effects proper service, this case should be dismissed.

Accordingly, it is **ORDERED**:

1. Plaintiff **must** pay the filing fee on or before March 5, 2025;

2. Plaintiff **must** serve Defendant Fine on or before March 5, 2025; and

3. Failure to complete **both** of these tasks may result in dismissal of the claims without further notice.

**DONE** and **ORDERED** in Orlando, Florida, on February 19, 2025.

_____
ROBERT M. NORWAY
*United States Magistrate Judge*

Copies to:
Counsel of Record