# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| COLBY ALEXANDER FRANK, an individual,<br><br>            Plaintiff,<br>v.<br><br>RANDALL ADAM FINE (a/k/a RANDY FINE) in his official capacity as Member of the Florida House of Representatives for the 33rd Congressional District of the State of Florida; and in his individual capacity,<br><br>            Defendant. | Case No.: 6:23-cv-2043-JSS-RMN<br><br>**PLAINTIFF'S NOTICE OF CHANGE OF MAILING ADDRESS** |

Plaintiff Frank respectfully asks the Court to take notice of the following:

## **CHANGE OF ADDRESS**

Plaintiff is relocated to the Florida Panhandle for the foreseeable future. Plaintiff's new mailing address for litigation is:

PO Box 86
Destin, Florida 32450