UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

COLBY ALEXANDER FRANK,

    Plaintiff,

v.                                      Case No: 6:23-cv-2043-JSS-RMN

RANDALL ADAM FINE,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

Upon review, Defendant Randall Adam Fine has failed to comply with the court's Order of October 24, 2023 (Dkt. 3) directing counsel to file a Disclosure Statement within fourteen (14) days of an appearance in the case.

Therefore, it is **ORDERED** that Defendant Randall Adam Fine shall **SHOW CAUSE** and file a response to said Order within **fourteen (14)** days from the date of this Order. Failure to comply with this Order may result in the entry of default or other appropriate sanctions without further notice.

**ORDERED** in Orlando, Florida on May 7, 2025.

_____
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Party