UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

COLBY ALEXANDER FRANK,

    Plaintiff,

v.                               Case No: 6:23-cv-2043-JSS-RMN

RANDALL ADAM FINE,

    Defendant.
_____

## CLERK'S ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **RANDALL ADAM FINE** in Orlando, Florida on the 2nd day of June, 2025.

                                            ELIZABETH M. WARREN, CLERK

                                            s/LDJ, Deputy Clerk

Copies furnished to:

Counsel of Record