IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA ORLANDO DIVISION

| | |
|---|---|
| COLBY ALEXANDER FRANK, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>RANDALL ADAM FINE (A/K/A RANDY FINE) IN HIS OFFICIAL CAPACITY AS MEMBER OF THE FLORIDA HOUSE OF REPRESENTATIVES FOR THE 33RD CONGRESSIONAL DISTRICT OF THE STATE OF FLORIDA; AND IN HIS INDIVIDUAL CAPACITY,<br><br>    DEFENDANT. | Case No.: 26:23-cv-2043-JSS-RMN<br><br>**PLAINTIFF'S NOTICE OF MEDIATION** |

## NOTICE OF INTENT TO MEDIATE

    Plaintiff and Defense are working on the details of an attempt at mediation. Initially, Defense suggested a mediator who had an extremely high probability of personally knowing Defendant, Randy Fine. Plaintiff could not agree to that exact mediator and is actively searching for mediators within the State of Florida. However, Plaintiff notes that Defendant's general attitude towards mediation is one of "just doing this for the Court," and does not expect much.

    Plaintiff opposes any stays of discovery.

1

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing has been e-filed with the Clerk of Court using the e-Filing portal which will send notice and a copy to all counsel of record on April 25, 2025.

/s/ Colby Alexander Frank
Colby Alexander Frank, *Pro Se*
P.O. Box 86
Destin, Florida 32540
(+1) 941.275.5712
dariusthecarryus@gmail.com

2