# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA ORLANDO DIVISION

| | |
|---|---|
| COLBY ALEXANDER FRANK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>RANDALL ADAM FINE (A/K/A RANDY FINE) IN HIS OFFICIAL CAPACITY AS MEMBER OF THE FLORIDA HOUSE OF REPRESENTATIVES FOR THE 33RD CONGRESSIONAL DISTRICT OF THE STATE OF FLORIDA; AND IN HIS INDIVIDUAL CAPACITY,<br><br>DEFENDANT. | Case No.: 26:23-cv-2043-JSS-RMN<br><br>**PLAINTIFF'S MOTION FOR A RULING ON DEFENDANTS MTD** |

## PLAINTIFF'S MOTION FOR A RULING ON DEFENDANT FINE'S MOTION TO DISMISS

Defendant Fine entered a Motion to Dismiss ("MTD") on 6/3/2025. Plaintiff then promptly responded on 6/10/2025, and his response was entered on 6/11. It has now been over three months since the legal arguments have been on the record. Within that time Plaintiff has diligently been seeking arrangements for mediation, of which most of the communications have been completely ignored. Also, the Court granted Defendant's motion to stay discovery, contingent upon the dispositive motion being on the record. Plaintiff has also already completed his initial requests and served

1

them upon defendant as early as 8/21/2025. Therefore, Plaintiff cannot continue to prosecute his claim until the MTD is correctly denied. Plaintiff formally requests this Court enter a denial of Defendant's MTD and allow him to continue his case.

/s/ Colby Alexander Frank
Colby Alexander Frank, *Pro Se*
P.O. Box 86
Destin, Florida 32540
(+1) 941.275.5712
dariusthecarryus@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed with the Clerk of Court and emailed a copy to all counsel of record on September 27, 2025.

/s/ Colby Alexander Frank
Colby Alexander Frank, *Pro Se*
P.O. Box 86
Destin, Florida 32540
(+1) 941.275.5712
dariusthecarryus@gmail.com

**From:** PO Box 86
Destin FL
32540

**To:** Clerk's Office
401 W Central Blvd
Orlando, FL
32801

Clerk

ReadyPost
Document Mailer



USPS
UNITED STATES POSTAL SERVICE

1PJE2150 · AIC-093
Product Code 93300006
www.usps.com
A product of the United States Postal Service ®
MADE IN THE U.S.A.

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

6" x 9" Envelope

0  15645 72738  0

PENSACOLA FL 325
30 SEP 2025 AM 2 L