UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Orlando Division

COLBY ALEXANDER FRANK,

    Plaintiff,

v.                                       Case No. 6:23-CV-2043-JSS-RMN

RANDALL ADAM FINE, etc.

    Defendant.
_____/

**DEFENDANT'S UNOPPOSED MOTION TO SUBSTITUTE COUNSEL**

Defendant, the Hon. Randall Adam Fine, member of the U.S. House of Representatives, moves to substitute legal counsel in this action, and in supports states:

1. Representative Fine is presently represented by attorney Carlos Rey, who also serves as the General Counsel of the Florida Senate.

2. Representative Fine has engaged the law firm of Dentons US LLP and attorney Angel A. Cortiñas to defend him in this action.

3. Mr. Cortiñas is prepared to immediately appear in this action on behalf of Representative Fine and substitute in place of Mr. Rey. As a consequence of this substitution, Mr. Rey would withdraw as counsel in the case.

1

4. The case remains at its early stages, with discovery being stayed pending resolution of Representative Fine's motion to dismiss, and the proposed substitution would not affect the Court's Scheduling Order or trial date.

**WHEREFORE** Defendant, the Hon. Randall Adam Fine, respectfully requests that the Court enter an order substituting Mr. Cortiñas in place of Mr. Rey, allowing Mr. Rey to withdraw from the case, and relieving Mr. Rey of all further responsibilities in this action.

## CERTIFICATE OF CONFERRAL AND NON-OPPOSITION

I hereby certify that counsel for Defendant conferred via email with Plaintiff on the relief requested in this motion, and the relief requested is not opposed.

/s/ Angel A. Cortiñas
Angel A. Cortiñas, FBN 797529
DENTONS US LLP
1 Alhambra Plaza, Penthouse
Coral Gables, Florida 33134
Telephone: 305-537-0015
angel.cortinas@dentons.com

/s/ Carlos Rey
Carlos Rey, FBN 11648
General Counsel
Florida Senate
404 South Monroe Street
Tallahassee, Florida 32399-1100
Telephone: 850-487-5237
rey.carlos@flsenate.gov

*Counsel for Defendant, Representative Randall Fine*

2

## CERTIFICATE OF CONFERRAL

I certify on October 9, 2025, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared. Additionally, the attached has been served by email on Plaintiff by e-mail at dariusthecarryus@gmail.com and by U.S. Mail to P.O. Box 86, Destin, Florida 32540.

*/s/ Angel A. Cortiñas*
