# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 23, 2026

Colby Alexander Frank
PO BOX 86
DESTIN, FL 32540

Appeal Number:  26-10889-G
Case Style:  In re: Colby Frank
District Court Docket No:  6:23-cv-02043-JSS-RMN

## PETITION FOR WRIT DOCKETING NOTICE

Your petition for a writ of mandamus, a writ of prohibition, or an extraordinary writ has been filed.

Please use the appeal number for all filings in this Court.

Docketing Fee
The docketing fee has not yet been paid to the clerk of this court. Pursuant to 11th Cir. R. 42-1(b), this petition will be dismissed without further notice unless, within 14 days after the date of this letter, you (i) pay the docketing fee to the clerk of this court **or** (ii) file in this court a Motion for Permission to Appeal In Forma Pauperis with Affidavit, which is available on the Court's website.

Dismissal Notice for Failure to File a CIP
**The petition filed by you failed to include a CIP.** The petitioner must file a CIP at the same time it files the petition. 11th Cir. R. 26.1-1(a)(3).

Pursuant to 11th Cir. R. 42-1(b), **this appeal will be dismissed without further notice upon the expiration of 14 days from the date of this notice** unless the petitioner files a Certificate of Interested Persons (CIP) on the Court's docket. See 11th Cir. R. 26.1-1(a)(3).

Web-Based CIP
Only parties represented by counsel must complete the web-based Certificate of Interested Persons and Corporate Disclosure Statement (CIP). Counsel must complete the web-based CIP, through the Web-Based CIP link on the Court's website, on the same day the CIP is first filed. See 11th Cir. R. 26.1-1(b).

<u>Obligation to Notify Court of Change of Addresses</u>
Each pro se party and attorney has a continuing obligation to notify this Court of any changes to the party's or attorney's addresses during the pendency of the case. <u>See</u> 11th Cir. R. 25-7.

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

PRO-2B Mandamus deficiency letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

In re:
COLBY ALEXANDER FRANK,
Petitioner.

On Petition for Writ of Mandamus to the United States District Court
for the Middle District of Florida

# PETITION FOR WRIT OF MANDAMUS

### INTRODUCTION

This petition presents a fundamental breakdown in the judicial process. The district court has stayed proceedings while refusing to rule on a fully briefed dispositive motion, creating a case that cannot move forward, cannot reach final judgment, and cannot be reviewed on appeal.

### JURISDICTION

This Court has jurisdiction under the All Writs Act, 28 U.S.C. § 1651.

### ISSUE PRESENTED

Whether mandamus relief is warranted where a district court stays proceedings and refuses to rule on a fully briefed dispositive motion.

### STATEMENT OF THE CASE

Petitioner initiated this action asserting federal constitutional claims. The district court stayed proceedings and declined to rule on dispositive motions, leaving no path forward.

### STANDARD FOR MANDAMUS

Mandamus is appropriate where the petitioner has no adequate means of relief, the right is clear, and the writ is appropriate. Cheney v. U.S. Dist. Ct., 542 U.S. 367 (2004).

### ARGUMENT

### I. NO ADEQUATE MEANS OF RELIEF

There is no path to final judgment due to the stay and lack of rulings.

### II. CLEAR ABUSE OF DISCRETION

Indefinite stays are impermissible. Landis v. North American Co., 299 U.S. 248 (1936); Ortega Trujillo v. Conover & Co., 221 F.3d 1262 (11th Cir. 2000).

### RELIEF REQUESTED

Issue a writ directing the district court to lift the stay and rule.

**CONCLUSION**

The writ should issue.


Respectfully submitted,

/s/ Colby Alexander Frank
Colby Alexander Frank
Pro Se