## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| COLBY ALEXANDER FRANK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>RANDALL ADAM FINE (A/K/A RANDY FINE) IN HIS OFFICIAL CAPACITY AS MEMBER OF THE FLORIDA HOUSE OF REPRESENTATIVES FOR THE 33RD CONGRESSIONAL DISTRICT OF THE STATE OF FLORIDA; AND IN HIS INDIVIDUAL CAPACITY,<br><br>Defendant. | Case No.: 26:23-cv-2043-JSS-RMN<br><br>**PLAINTIFF'S NOTICE OF SERVICE** |

### NOTICE OF SERVICE OF PLAINTIFF'S FIRST SET OF DISCOVERY

Plaintiff, Colby Alexander Frank, hereby gives notice that on June 8th, 2026, the 59th annual remembrance of the USS Liberty attack, he served upon Defendant Randall Adam Fine, through counsel of record, the following discovery requests pursuant to the Federal Rules of Civil Procedure:

1. Plaintiff's First Set of Interrogatories to Defendant Randall Adam Fine;
2. Plaintiff's First Requests for Production to Defendant Randall Adam Fine; and
3. Plaintiff's First Requests for Admission to Defendant Randall Adam Fine.

The foregoing discovery requests were served by electronic mail upon counsel for Defendant.

> DENTONS US LLP
> 1 Alhambra Plaza
> Penthouse Coral Gables, Florida 3313
> <jonathan.kaskel@dentons.com>
> <angel.cortinas@dentons.com>
> <elizabeth.degori@dentons.com>

Respectfully submitted,

/s/ Colby Alexander Frank
Colby Alexander Frank, *Pro Se*
P.O. Box 1177
Santa Rosa Beach, Florida, 32459
(+1) 941.275.5712
dariusthecarryus@gmail.com

PO Box 1473

Santa Rosa Beach

FL, 32459

PENSACOLA FL 32

13 JUN 2026 AM 1 L

9589 0710 5270 3664 3723 98

Clerk

401 W Central Blvd

Orlando, FL 32801

RDC 99

32801

FOREV

U.S. POSTA
FCM LETTER
SANTA ROSA BE
FL 32459
JUN 12, 2026
$5.30
S2324P503565-90

32801-040199

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

Retail

GE PAID
ACH

FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022