**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

COLBY ALEXANDER FRANK, an individual,

Plaintiff,

v.

RANDALL ADAM FINE (A/K/A RANDY FINE) In His Official Capacity As Member Of The Florida House Of Representatives For The 33rd Congressional District Of The State Of Florida; And In His Individual Capacity,

Defendant.

Case No.: 26:23-cv-2043-JSS-RMN

**PLAINTIFF'S MOTION FOR LEAVE TO ELECTRONICALLY FILE THROUGH CM/ECF**

**PLAINTIFF'S MOTION FOR LEAVE TO ELECTRONICALLY FILE THROUGH CM/ECF**

Plaintiff Colby Alexander Frank, proceeding *pro se*, respectfully moves for leave to electronically file documents through the Court's Case Management/Electronic Case Filing system ("CM/ECF"), and states:

1. Plaintiff is proceeding pro se in this civil action.
2. This action has been pending since 2023 and has progressed beyond the pleading stage into active discovery and continued pretrial proceedings.
3. Plaintiff expects that additional motions, notices, discovery-related filings, and other papers will be required as this action proceeds.
4. Under the Middle District of Florida's Administrative Procedures for Electronic Filing, a *pro se* litigant may obtain CM/ECF filing privileges upon authorization by the presiding judge.
5. Plaintiff has an active PACER account, regular access to a computer and reliable internet service, and is capable of preparing and submitting documents in PDF format in compliance with the Federal Rules of Civil

Procedure, the Local Rules of this Court, and the Court's Administrative Procedures for Electronic Filing.

6. Granting Plaintiff CM/ECF filing access would promote efficiency, reduce delay and expense associated with paper filing, facilitate prompt service and docketing, and conserve judicial and Clerk's Office resources.
7. Plaintiff understands that any electronic-filing authorization would apply only to this action and that Plaintiff must thereafter complete the required Non-Attorney E-File Registration through PACER before CM/ECF privileges become active.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an Order authorizing Plaintiff to register as a non-attorney electronic filer and to electronically file documents through CM/ECF in this action.

Respectfully submitted,
/s/ Colby Alexander Frank
Colby Alexander Frank, Pro Se
P.O. Box 1177
Santa Rosa Beach, Florida
32459
Telephone: (941) 275-5712
dariusthecarryus@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served upon counsel for Defendant in accordance with Federal Rule of Civil Procedure 5 on August 19th, 2026.

/s/ Colby Alexander Frank
Colby Alexander Frank