**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 25, 2026

Colby Alexander Frank
PO BOX 86
DESTIN, FL 32540

Appeal Number: 26-10889-G
Case Style: In re: Colby Frank
District Court Docket No: 6:23-cv-02043-JSS-RMN

The enclosed order has been entered. No further action will be taken in this matter.

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

# In the
# United States Court of Appeals
## For the Eleventh Circuit

No. 26-10889

In re: COLBY ALEXANDER FRANK,

*Petitioner.*

On Petition for Writ of Mandamus to the
United States District Court for the
Middle District of Florida
D.C. Docket No. 6:23-cv-02043-JSS-RMN

Before JORDAN, BRANCH, and BRASHER, Circuit Judges.

BY THE COURT:

Colby Frank, proceeding pro se, has filed a petition for a writ of mandamus arising out of a civil action he initiated in the U.S. District Court for the Middle District of Florida.

In his mandamus petition, Frank argues that the district court has unduly delayed in ruling on the defendant's fully briefed

motion to dismiss and requests that we compel the district court to rule. The district court has since denied the motion to dismiss in part and granted it in part.

"[A] federal court has no authority to give opinions upon moot questions or abstract propositions, or to declare principles or rules of law which cannot affect the matter in issue in the case before it." *Zinni v. ER Solutions, Inc.*, 692 F.3d 1162, 1166 (11th Cir. 2012) (quotation omitted). "An issue is moot when it no longer presents a live controversy with respect to which the court can give meaningful relief." *Friends of Everglades v. S. Fla. Water Mgmt. Dist.*, 570 F.3d 1210, 1216 (11th Cir. 2009) (quotation marks omitted).

Because the district court has now ruled on the defendant's motion to dismiss, which is the relief Frank seeks in mandamus, there is no longer a live controversy with respect to which we can give meaningful relief, and Frank's mandamus petition is moot. *See Zinni*, 692 F.3d at 1166; *Friends of Everglades*, 570 F.3d at 1216.

Accordingly, Frank's mandamus petition is **DISMISSED** as moot.